UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICLEEN ENTWICKLUNGS-UND VERTRIEBSANSTALT FÜR UMWELTPRODUKTE, a Liechtenstein corporation; and IQAIR NORTH AMERICA, INC., a California corporation,<br>*Plaintiffs*,<br>v.<br>BLUEAIR AB, a Sweden corporation; and BLUEAIR, INC. a Delaware corporation,<br>*Defendants*. | Case No. 2:21-cv-02236-DSF-ADSx<br>**DECLARATION OF ON AMIR, PhD**<br>**September 10, 2021** |

# TABLE OF CONTENTS

**Page**

I. QUALIFICATIONS .......... 1

II. ALLEGATIONS AND ASSIGNMENT .......... 2

A. Allegations .......... 2

B. Assignment .......... 3

III. PROFESSOR KELLER'S OPINIONS REGARDING MARKETING OVERLAP ARE NOT CREDIBLE AND LACK EMPIRICAL SUPPORT .......... 4

A. IQAir's HEALTHPRO® and Blueair's HEALTHPROTECT belong to the same product category .......... 6

B. Professor Keller understates the overlap in HEALTHPRO®'s and HEALTHPROTECT's brand positioning and customer targeting .......... 8

C. IQAir's HEALTHPRO® and Blueair's HEALTHPROTECT products have similar pricing .......... 14

D. Professor Keller understates the overlap in HEALTHPRO®'s and HEALTHPROTECT's distribution channels .......... 16

IV. PROFESSOR KELLER'S OPINIONS REGARDING CONSUMER CONFUSION ARE NOT CREDIBLE AND LACK EMPIRICAL SUPPORT .......... 19

V. INDUSTRY ANALYSTS, CONSUMER SEARCH BEHAVIOR, AND BLUEAIR'S ADVERTISING TARGETING DEMONSTRATE COMPETITION BETWEEN IQAIR AND BLUEAIR .......... 22

A. Industry analysts and consumer search behavior demonstrate competition between IQAir and Blueair .......... 22

B. Online advertising targeting by Blueair demonstrates that it is directly targeting potential IQAir consumers .......... 28

VI. CONCLUSION .......... 33

I, On Amir, declare as follows:

## I. QUALIFICATIONS

1. My name is On Amir. I am Professor of Marketing and hold the Wolfe Family Presidential Endowed Chair in Life Sciences Innovation and Entrepreneurship at the Rady School of Management at UC San Diego. Prior to my current positions, from 2018-2021, I was Associate Dean of Academic Programs, from 2010-2017, Associate Professor of Marketing, and from 2005-2010 Assistant Professor of Marketing, all at the Rady School of Management. From 2012-2013, I was Visiting Professor of Marketing at the Kellogg School of Management at Northwestern University, and from 2011-2012, I was Visiting Professor of Marketing at the Arison School of Management at IDC. From 2003-2005, I was Assistant Professor of Marketing at the Yale School of Management. I received my PhD in Management Science, Marketing, at the Massachusetts Institute of Technology's Sloan School of Management in 2003. From 1991-1999, I was member of the Israeli Air Force.

2. In the course of my research, I have authored dozens of articles, several of which were published in leading peer-reviewed journals, including *Marketing Science*, *Journal of Consumer Research*, and *Journal of Marketing Research*. I have received several research awards from the Marketing Science Institute and from the Robert Woods Johnson Foundation. I was also recipient of the 2019 Ferber Award and the 2012 William F. O'Dell award for two of my articles.

3. I have taught more than a dozen of different classes in, among other topics, marketing, market research, consumer behavior, and branding to MBA, Executive MBA, and undergraduate students.

4. My professional activities include being a Member of the Association for Consumer Research, the Association for Consumer Psychology, the Society for Judgment and Decision Making, the American Psychological Society, and the American Marketing Association. I have also served as an advisor or board member

in the healthcare industry, including to multiple biopharmaceutical firms, as well as several e-commerce firms and platforms.

5. I have attached as **Appendix A** to this report my curriculum vitae, which includes my publications authored. **Appendix B** contains a list of materials I relied upon.

## II. ALLEGATIONS AND ASSIGNMENT

### A. Allegations

6. I understand that "Plaintiffs" ICLEEN and IQAir North America allege, among other things, that "Defendants" Blueair AB and Blueair Inc. (which was acquired by Unilever in 2016)[1] infringed upon their HEALTHPRO® trademark (used "in connection with air purifying units and air filters") by using the designation HEALTHPROTECT in their own air purifying units.[2] Specifically, Plaintiffs allege that Defendants have used:

> [a] confusingly similar variant [of HEALTHPRO®], including HEALTHPROTECT, beginning October 1, 2020 Defendants adopted and began using the designation HEALHPROTECT and have transacted business at www.blueair.com, www.amazon.com, www.walmart.com and other channels by selling, offering for sale, importing, advertising and distributing products that infringe upon IQAir's HEALTHPRO® mark in this district and elsewhere in the United States and worldwide.[3]

7. Additionally, Plaintiffs allege:

> Defendants' HEALTHPROTECT designated products directly compete with IQAir's HEALTHPRO® products, in this district and elsewhere in the United States and worldwide, being sold, offered for sale, imported, advertised and distributed to the same or substantially similar consumers, the same markets (*i.e.*, domestic, commercial, medical, and industrial), and the same sales

---

[1] "About us," *Blueair*, available at https://www.blueair.com/us/about-us.html, last accessed September 9, 2021.

[2] "ICLEEN ENTWICKLUN.GS-UND VERTRIEBSANSTALT FUR UMWELTPRODUKTE, a Liechtenstein corporation; and IQAIR NORTH AMERICA, INC., a California corporation, Plaintiffs, vs. BLUEAIR AB, a Sweden corporation; and BLUEAIR, INC. a Delaware corporation, Defendants," Complaint, March 11, 2021 ("Complaint"), at ¶¶14, 18.

[3] Complaint, at ¶18.

channels (*e.g.*, the internet and online marketplaces, such as amazon.com and walmart.com).[4]

**B. Assignment**

8. I have been asked by counsel for Plaintiffs to evaluate certain opinions offered by Defendants' expert Professor Punam Keller, who submitted a Declaration in this matter "regarding consumers' understanding of the IQAir 'HealthPro' trademark versus Blueair 'HealthProtect' trademark."[5] In summary, Professor Keller offers the opinion that:

> Given the specific claims at issue in this matter (IQAir "HealthPro" vs. Blueair "HealthProtect"), the types of individuals who Blueair is targeting with the Blueair "HealthProtect" trademark, and the context in which the trademark information is processed, my analysis of academic research would lead me to predict that Blueair consumers would not mistake or be confused by the IQAir "HealthPro" and Blueair "HealthProtect" trademarks.[6]

9. As a basis for this opinion, Professor Keller further opines that:

> [T]hree key factors influencing consumer perception of the trademark support this conclusion: 1) there is a recognized difference in the meaning of the terms "pro" and "protect;" 2) consumers of air purifiers at high price points, specifically the target segment, mothers with family health concerns, tend to be more involved and deliberate decision-makers, not impulsive consumers, 3) trademark confusion will be undermined because the Blueair "HealthProtect" trademark, and other integrated Blueair "HealthProtect" marketing efforts, is to appeal to the mom concerned about their kids' health, whereas the IQAir "HealthPro" trademark and other publically [sic] available marketing assets for IQAir "HealthPro" are more product focused and do not speak to any one type of consumer segment.[7]

10. In executing my assignment, I have considered data and documents produced in this matter, my own background and research experience, and publicly

---

4 Complaint, at ¶19.

5 "Declaration of Professor Punam Keller in Support of Defendants BLUEAIR AB and BLUEAIR, INC.'s Opposition to Plaintiff's Motion for Preliminary Injunction," August 20, 2021 ("Keller Declaration"), at ¶9.

6 Keller Declaration, at ¶11.

7 Keller Declaration, at ¶11.

available information. Part of the work has been performed under my direction and supervision by employees of Analysis Group, Inc., an economics research and consulting firm. I am being compensated for my time on this matter at an hourly rate of $900. No compensation to me or Analysis Group is contingent on my findings or on the outcome of this litigation.

11. This declaration summarizes the opinions I have formed to date. I may update, refine, or revise my opinions, if necessary, based on further review and analysis of information provided to me subsequent to the filing of this report, or at the instruction of counsel or the Court. To the extent that I have not responded to any fact or allegation contained in Defendants' papers in this reply declaration, it should not be interpreted as my or IQAir's agreement to such fact or allegation.

## III. PROFESSOR KELLER'S OPINIONS REGARDING MARKETING OVERLAP ARE NOT CREDIBLE AND LACK EMPIRICAL SUPPORT

12. Marketing activities are defined by four broad marketing-mix tools ("the four Ps of marketing"): product, price, place, and promotion.[8] The below figure from the Kotler & Keller textbook "Marketing Management" provides an overview of the tools in each of these four components.[9]

[8] Philip Kotler and Kevin L. Keller, *Marketing Management, 15e*. (New Jersey: Pearson Education, 2016), at p. 25.

[9] Philip Kotler and Kevin L. Keller, *Marketing Management, 15e*. (New Jersey: Pearson Education, 2016), at p. 25.




| Fig. 1.5 |
The Four P Components of the Marketing Mix

13. In her declaration, Professor Keller opines that "Blueair does not regard Blueair's 'HealthProtect' in the same competitor class as IQAir 'HealthPro'"[10] because (1) "[t]he IQAir 'HealthPro' [t]rademark is [m]ore [a]bout the [f]irm [w]hereas the Blueair 'HealthProtect' [t]rademark is [d]esigned [f]or [t]arget [c]onsumers"[11] (Promotion), (2) "Blueair 'HealthProtect' offers prices below IQAir 'HealthPro'"[12] (Price), and (3) "Amazon and Walmart are the only common online sales site, with no Blueair 'HealthProtect' sales to date on the latter site"[13] (Place).

14. Contrary to Professor Keller's opinions, there is overlap between IQAir's HEALTHPRO® and Blueair's HEALTHPROTECT in all four of the marketing mix buckets, including product category, how IQAir's and Blueair's websites position the products with imagery, pricing, and the channels in which they are sold (including online sales generally, as well as specific retailers).

---

[10] Keller Declaration, at ¶36.
[11] Keller Declaration, at p. 15.
[12] Keller Declaration, at ¶41.
[13] Keller Declaration, at ¶42.

### A. IQAir's HEALTHPRO® and Blueair's HEALTHPROTECT belong to the same product category

15. Both IQAir HEALTHPRO® and Blueair HEALTHPROTECT belong to the air purifier product category. Regardless of how the two companies position their products in advertising materials, a consumer can use either of the two products to clean the air of a room, office, or other locations. Both IQAir HEALTHPRO® and Blueair HEALTHPROTECT are designed to remove allergens and asthma triggers and include models that remove smoke and odors.[14]

16. Moreover, the two brands' products have comparable shapes, sizes, and weights. IQAir HEALTHPRO® models are long gray[15] cubes that weigh 26, 29, or 35 lbs. with either of the following dimensions: (28 x 15 x 16 in) or (24 x 15 x 16 in).[16] Blueair HEALTHPROTECT models are also long gray cubes that weigh 27.6 lbs. or 43.2 lbs. with either of the following dimensions: (27.2 x 11.8 x 11.8 in) or (33.9 x 13.4 x 13.4 in).[17] As shown below, the products are facially similar in appearance (Figure 1).

---

[14] "HealthPro Series," *IQAir*, available at https://www.iqair.com/us/room-air-purifiers/healthpro-series, last accessed September 8, 2021; "HealthProtect™," *Blueair*, available at https://www.blueair.com/us/healthprotect?srule=position_sorting, last accessed September 8. 2021.

[15] One model of IQAir HEALTHPRO® (i.e., Klaus Series) is not gray.

[16] "HealthPro Series," *IQAir*, available at https://www.iqair.com/us/room-air-purifiers/healthpro-series, last accessed September 8, 2021.

[17] "HealthProtect7410i," *Blueair*, available at https://www.blueair.com/us/healthprotect/healthprotect-7410i/2207.html?cgid=healthprotect, last accessed September 8. 2021; "HealthProtect7470i," *Blueair*, available at https://www.blueair.com/us/healthprotect/healthprotect-7470i/2209.html?cgid=healthprotect, last accessed September 8. 2021; "HealthProtect7710i," *Blueair*, available at https://www.blueair.com/us/healthprotect/healthprotect-7710i/2210.html?cgid=healthprotect, last accessed September 8. 2021; "HealthProtect7770i," *Blueair*, available at https://www.blueair.com/us/healthprotect/healthprotect-7770i/2212.html?cgid=healthprotect, last accessed September 8. 2021.

**Figure 1. IQAir HEALTHPRO® and Blueair HEALTHPROTECT products**




**Sources:** https://www.amazon.com/IQAir-HealthPro-Plus-Medical-Grade-HyperHEPA/dp/B002VXDCHW; https://www.blueair.com/us/healthprotect-family-page.html

17. Finally, both brands' products have similar brand names with similar capitalization, font, and color.[18] Although Professor Keller discusses the overlap in brand names and capitalization in her declaration, she disregards the overlap in font and color of IQAir's trademark and Blueair's designation. As shown below, the visual display of the marks is facially similar in appearance (Figure 2).

**Figure 2. IQAir HEALTHPRO® and Blueair HEALTHPROTECT brands as they appear on IQAir's and Blueair's websites**




**Sources:** https://www.iqair.com/us/room-air-purifiers/healthpro-series/buy; https://www.blueair.com/us/healthprotect-family-page.html

[18] Keller Declaration, ¶¶27, 34.

**B. Professor Keller understates the overlap in HEALTHPRO®'s and HEALTHPROTECT's brand positioning and customer targeting**

18. Product positioning is, in the words of a well-known marketing textbook, "the act of designing a company's offering and image to occupy a distinctive place in the minds of the target market."[19]

19. When thinking about a product's positioning in the marketplace, it is important to distinguish between how the company that markets the products ***intends*** to position the product through promotion and how consumers ***actually perceive*** the product's positioning. How consumers perceive a brand's positioning is ultimately an empirical question and can deviate from how the company intended to position the brand.

20. In her declaration, Professor Keller understates the overlap in IQAir HEALTHPRO®'s and Blueair HEALTHPROTECT's promotional brand positioning and customer targeting by focusing on Blueair's alleged intended, as reflected in a subset of Blueair's marketing materials, rather than resulting and actual consumer perceptions for its consumer base.

21. Professor Keller also does not take into account publicly available evidence showing that IQAir's marketing materials reflect an intent to target the same customers, among others in its consumer base. For example, she claims that Blueair targets "moms concerned with their kids' health,"[20] whereas marketing for IQAir HEALTHPRO® is "more product focused and do not speak to any one type of consumer segment."[21]

22. Contrary to Professor Keller's claims, IQAir's website contains marketing material featuring mothers expressing concern with their kids' health in a

---

[19] Philip Kotler and Kevin L. Keller, *Marketing Management, 15e*. (New Jersey: Pearson Education, 2016), at p. 275.

[20] Keller Declaration, ¶22.

[21] Keller Declaration, ¶11.

fashion similar to Blueair.[22] This can be seen in the images below (Figures 3 and 4) of children and mothers presented on multiple pages of IQAir's website.

**Figure 3. Images from IQAir's About Us ("About IQAir") webpage**




**Source:** www.iqair.com/us/about-iqair

**Figure 4. Images from IQAir's At Home "HealthPro Series" website**




[22] "About IQAir," *IQAir*, available at https://www.iqair.com/about-iqair, last accessed September 9, 2021.







**Source:** www.iqair.com/us/room-air-purifiers/healthpro-series

23. Similarly, both IQAir's and Blueair's websites feature prominent discussion of their respective partnerships with the United Nations to provide air purifiers to schools in support of children's (i.e., students') health. These materials, shown in the images below (Figure 5) demonstrate overlap in the messaging regarding protecting children's health.

**Figure 5. IQAir's and Blueair's partnership with the UN for clean air missions**




**Sources:** www.iqair.com/us/about-iqair; www.blueair.com/us/freedomtobreathe.html

24. In addition, Professor Keller states that IQAir "focuses on health concerns related to Asthma and Pet Allergies, and ***not*** more general well-being, health, and sleep concerns."[23] Contrary to Professor Keller's assertion, IQAir's website marketing shows a broad array of potential concerns and locations within a home, including the bedroom, rather than focusing on asthma and pet allergies. The

[23] Keller Declaration, ¶32 (emphasis supplied here).

images reproduced below (Figure 6) are drawn from IQAir's website and demonstrate intended positioning of its products for multiple uses.

**Figure 6. Selected images of IQAir's market positioning**






IQAir World Air Quality Community At Home At Work News Support Search Login

**Atem Desk: Create a personal clean air zone**



Clean air isn't always guaranteed – that's why it's crucial to have the right tools to ensure clean air anywhere in any space. The Atem Desk 5-in-1 personal air purifier supplies virtually pollutant-free air directly to your breathing zone, removing up to 99% of particles down to 0.003 microns from the air in bedrooms, nurseries, small spaces, and vehicle interiors. An array of modular accessories also enables you to take Atem with you anywhere, from the comfort of your home into your vehicle for your commute and on any of your travels with a luxury carrying case and portable power bank.

As low as $399

Shop Now

IQAir World Air Quality Community At Home At Work News Support



**The Hudak Family: For 11-year-old with cerebral palsy, "clean air is part of the solution"**

Share this article:

When Kevin Hudak was born in 2004, doctors said he would never walk or talk. Kevin was diagnosed with cerebral palsy, a medical condition that results from a brain injury – usually before or during birth. Four years later, Kevin began walking. Now his family and physicians are working toward the day he will begin talking too.

Kevin's treatment plan includes traveling twice a year from their Ohio home to the Family Hope Center near Philadelphia. The Family Hope Center is a specialized clinic for children with developmental challenges, including cerebral palsy. It was during a visit to the Family Hope Center that Kevin's father, Jon, first noticed the air purifiers in many offices at the clinic. After talking to doctors and staff at the Family Hope Center, Jon came to understand how important clean air is for his son's comfort and health.

**Air quality is critical to progress**

"Children with brain injuries have a host of issues to tackle," said Jon. "They are very sensitive to allergens and other airborne pollutants. Air quality affects their progress and growth long-term. I was determined to give Kevin the opportunity to breathe the cleanest air possible."

**Sources:** www.iqair.com/us/help-me-choose; https://www.iqair.com/us/solutions/air-quality-for-home, https://www.iqair.com/ca/newsroom/hudak-family-11-year-old-cerebral-palsy-clean-air-part-solution

25. As a result, and as demonstrated by the figures above, the intended positioning of both companies' products overlap substantially. Contrary to Professor Keller's opinions, both IQAir's and Blueair's websites contain marketing imagery and tools of (i) mothers and children, (ii) partnerships with prominent organizations such as the United Nations and UNICEF, and (iii) general and specific product use.

### C. IQAir's HEALTHPRO® and Blueair's HEALTHPROTECT products have similar pricing

26. Another important marketing-mix tool that derives from a product's positioning in the market is its pricing. In her declaration, Professor Keller asserts that "Blueair's marketing documents indicate Blueair 'HealthProtect' does not regard IQAir 'HealthPro' as a competitor as demonstrated by its internal documents showing Blueair 'HealthProtect' air purifier price comparisons to competitors like Dyson, Conway, Alen, Medify, and Molekule, but not IQAir 'HealthPro.'"[24]

27. However, publicly available pricing information shows that both sets of products are offered at prices that significantly overlap, with Blueair's HEALTHPROTECT products ranging from $599.99 - $839.99 and IQAir's HEALTHPRO® ranging from $799.00-$899.00 (*see* Figure 7, below), a fact that Professor Keller does not dispute.

[24] Keller Declaration, ¶41.

**Figure 7. Comparison of HEALTPRO® and HEALTHPROTECT pricing**







**Sources:** www.iqair.com/us/room-air-purifiers/healthpro-series; www.blueair.com/us/healthprotect

### D. Professor Keller understates the overlap in HEALTHPRO®'s and HEALTHPROTECT's distribution channels

28. Another aspect of marketing-mix is the marketing channels employed by the company that markets a product. For example, companies can distribute their products directly to consumers, through online channels, or through brick-and-mortar retailers. Indeed, IQAir and Blueair have substantial overlap in the online distribution channel, and even overlap on specific retailers with significant sales within that channel.

29. Professor Keller acknowledges that "[s]imilar to IQAir 'HealthPro' and other air purifier firms, Blueair 'HealthProtect' is sold in multiple *distribution channels* including DTC [direct to consumer] on its Blueair website, B2B, and Omni channels such as Walmart.com."[25] But Professor Keller does not take the further step of assessing the volume of sales in these channels and how Blueair and IQAir compete in them. In fact, as can be seen in the below screenshots from public websites (Figures 8 and 9), Blueair and IQAir ***both*** offer their HEALTHPROTECT and HEALTHPRO® products on Amazon.com and Walmart.com. [redacted]

[25] Keller Declaration, ¶42.

[26] "Declaration of Brian M. Daniel in Support of Defendants BLUEAIR AB and BLUEAIR, INC.'s Opposition to Plaintiff's Motion for Preliminary Injunction," August 22, 2021 ("Daniel Declaration"), ¶58; "Declaration of Jeffrey A. Stec, PhD," July 26, 2021 ("Stec Declaration"), Exhibit 4.

**Figure 8. IQAir and Blueair brands on Amazon.com**







**Sources:** https://www.amazon.com/stores/page/63E4CCF5-1A8F-4F37-858E-B565779EE313?ingress=0&visitId=b38c691b-4306-4071-a7bf-f646788bf35f&ref_=ast_bln ; https://www.amazon.com/stores/page/C40F3944-BE5F-4589-8C4A-9B63D66E2374?ingress=0&visitId=958d74f2-94a6-4d79-bcce-f1fb6690e69f&ref_=ast_bln (last accessed September 10, 2021)

**Figure 9. IQAir and Blueair product listings on Walmart.com**







**Sources:** https://www.walmart.com/search/?page=1&query=blueair+healthprotect&sort=price_high; https://www.walmart.com/search/?page=1&query=iqair+healthpro&sort=price_high&typeahead=iqair (last accessed September 8, 2021)

## IV. PROFESSOR KELLER'S OPINIONS REGARDING CONSUMER CONFUSION ARE NOT CREDIBLE AND LACK EMPIRICAL SUPPORT

30. Professor Keller claims HEALTHPRO® and HEALTHPROTECT products would be recognized by consumers to be distinct based on dictionary definitions.[27] She also claims "Blueair's target consumer, moms concerned with their kids' health, would be more likely than other consumers to perceive a difference between the IQAir 'HealthPro' trademark and Blueair 'HealthProtect' designation."[28]

31. In her declaration, however, Professor Keller's does not provide any evidence on how likely Blueair's target consumers actually perceive a difference between the two marks and instead cites academic articles unrelated to the products at hand.[29] Further, whether consumers perceive a difference between two products is not determined by how the product names are defined in dictionaries. For example, "dear" and "deer," or "alternately" and "alternatively" have very different dictionary definitions, yet they can be very easily confusable. As a result, she offers the opinion that consumers possibly would not be confused, but fails to provide any empirical analysis as support.

32. In fact, consumers searching for air purifiers named "HEALTHPRO" on important distribution channels get suggested multiple products, including Blueair HEALTHPROTECT products. This is true on Google.com, Amazon.com, and Walmart.com, as shown in the images below (Figure 10).

---

[27] Keller Declaration, ¶¶16-20.

[28] Keller Declaration, ¶22.

[29] Keller Declaration, ¶¶23-24.

**Figure 10. Auto-complete options searching for "healthpro" on important distribution channels**




33. Similarly, a consumer searching on Google.com and Amazon.com for "air purifier HEALTHPROTECT" or "Blueair HEALTHPROTECT" will find in the search results IQAir HEALTHPRO® models, as shown below in Figure 11.

**Figure 11. Search results on Google.com and Amazon.com for Blueair's HEALTHPROTECT**







34. Professor Keller's claim that target consumers are unlikely to confuse the two product offerings are equally without basis. Blueair and IQAir do not target large sophisticated medical organizations such as large hospitals or health insurers. Rather, they target general consumers as well as schools and small businesses/organizations. Decision makers at these organizations are humans with the same behavioral limitations and biases.

## V. INDUSTRY ANALYSTS, CONSUMER SEARCH BEHAVIOR, AND BLUEAIR'S ADVERTISING TARGETING DEMONSTRATE COMPETITION BETWEEN IQAIR AND BLUEAIR

35. Citing the declaration of Jonas Holst, Professor Keller claims that "Blueair's marketing documents indicate Blueair 'HealthProtect' does not regard IQAir 'HealthPro' as a competitor."[30] Mr. Holst in turn claims that Blueair has "never intended to build on any goodwill that IQAir may have nor has it associated or attempted to associate with IQAir in any way."[31] Contrary to these claims, industry analysts, consumer search behavior, and Blueair's online advertising targeting demonstrate competition between IQAir and Blueair.

### A. Industry analysts and consumer search behavior demonstrate competition between IQAir and Blueair

36. As a result of the significant overlap in the marketing mix across IQAir and Blueair products (as discussed above), numerous air purifier industry reports as well as online consumers recognize IQAir and Blueair as key competitors in the Global and US air purification markets. For example, Grand View Research's Air Purifier Market Analysis Sample Report says:

> The global air purifier market is highly competitive owing to the presence of both multinational as well as local manufacturers. Some of the key players in the market include Honeywell International, Inc.; ***IQAir***; ***Unilever [owner of the brand Blueair***]; [...] The market participants compete based on various parameters, including product performance, technical competence, price, quality, and corporate reputation.[32]

37. Similarly, LP Information Inc. recognizes IQAir and Blueair as Key Players in global air purification markets[33] and Absolute Reports recognizes IQAir

---

[30] Keller Declaration, ¶41.

[31] "Declaration of Jonas Holst in Support of Defendants BLUEAIR AB and BLUEAIR, INC.'s Opposition to Plaintiffs' Motion for Preliminary Injunction," August 20, 2021 ("Holst Declaration") ¶ 33.

[32] "Air Purifier Market Analysis Sample Report, 2016-2027," *GRAND VIEW RESEARCH*, at p. 24 (emphasis supplied here).

[33] "Global Home Air Purifier Market Growth 2021-2026," *LP INFORMATION*, at pp. 61-62, 71-72.

and Blueair as "Key players in the global Residential Air Purifiers market."[34] Multiple other analyst reports similarly deem Blueair and IQAir industry competitors, as described in Table 1 below.

**Table 1: Selected air purifier analyst reports**

| **Report name** | **Lists IQAir and Blueair/Unilever as competitors?** | **Publication Date** |
|---|---|---|
| Absolute Reports 2020 Global Residential Air Purifiers Market Report 2020 By Key Players, Types, Applications, Countries, Market Size, Forecast to 2026 | Yes | 2020 |
| Grand View Research's Air Purifier Market Analysis Sample Report, 2021-2028 | Yes | 2021 |
| LP Information Inc.'s Global Home Air Purifier Market Growth 2021-2026 Sample Report | Yes | 2021 |
| Acumen Research's Report Air Purifier Market (By Technology: High-efficiency Particulate Air (HEPA) Activated Carbon, Ionic Filters, Others; Application: Commercial, Residential, Industrial) – Global Industry Analysis, Market Size, Opportunities and Forecast 2020-2027 | Yes | 2020 |
| Market Research Future's 2020 Air Purifier Market Research Report: Information by Product Type (HEPA Purifiers, UV Air Purifiers, Activated Carbon Air Purifiers Ion & Ozone Generator Air Purifiers and others), By Sales Channel (Offline and Online) | Yes | 2020 |
| Mordor Intelligence 2020 Global Air Purifier Market (2021-2026) Industry Report and Air Purifier Market-Growth, Trends, Covid-19 Impact, and Forecasts (2021-2026) (both identifying and profiling IQAir and Unilever PLC (erstwhile Blueair AB) as key companies in the market and identifying IQAir as a major player) | Yes | 2020 |

[34] "Global Residential Air Purifiers Market Report 2020 By Key Players, Types, Applications, Countries, Market Size, Forecast to 2026," *Absolute Reports*.

| | | |
|---|---|---|
| Research and Markets Air Purification Market Research Report by End-User, by Product Type, by Technology, by Distribution Channel, by Region – Global Forecast to 2026 – Cumulative Impact of Covid-19 Report | Yes | 2021 |
| RFD TV's August 10, 2021 Household Air Purifier Market Size 2021 Global Industry Revenue, Business Growth, Share, Demand and Applications Market Research Report to 2025 | Yes | 2021 |
| Straits Research's Air Purifier Market: Information by Technology (HEPA, Ionic Filter), Application (Commercial, Residential, Institutional), Sales Channel (B2B, B2C), and Region Forecast till 2029 | Yes | - |
| TechSci Research's May 2021 Report United States Air Purifier Market by Filter Type (HEPA + Activated Carbon, Pre-Filter + HEPA, HEPA and Others (Ion & Ozone, Electrostatic precipitator, HEPA+ Activated Carbon + Ion Ozone, etc.), By End Use (Non-Residential/Commercial, Residential Household), By Distribution Channel (Direct/Institutional Sales, Offline Retail Sales, Online Retail Sales), By Region, Competition Forecast & Opportunities, 2016-2026 | Yes | 2021 |
| WBOC's Home Air Purifier Market Size to Showing Impressive Growth Drivers for Consumption, will reach at 2270.9 Million USD and will grow with a CAGR of 5.79% from 2021 to 2027, With Top Countries Status and Prospects Report | Yes | 2021 |
| Whatech.com's July 7, 2021 article entitled Air Purifier Market Size, Product Trends, Key Companies, Revenue Share Analysis, 2021-2027 / Top Key Players – Honeywell International, IQAir, Atlanta Health Care, Blueair AB, etc. discussed in a new market research report | Yes | 2021 |

| | | |
|---|---|---|
| Zeal Insider's Home Air Filters Market (Covid-10 Analysis) SWOT Analysis, Key Indicators, Forecast 2028 / Honeywell, IQAir, Rabbit Air, Whirlpool, Blueair, Coway Toronto, and more and Global Home Air Filters Market by Product Type (HEPA Home Air Filters, Activated Carbon Home Air Filters) and by End-Users/Application (Household, Hospital) Global Market Share, Forecast Data, In-Depth Analysis, and Detailed Overview, and Forecast, 2013-2026. | Yes | 2021 |

38. Moreover, online consumers appear to compare IQAir products to Blueair products regularly. For example, when entering "IQAir vs." or "Blueair vs.," Google autocompletes, among other suggestions, to "IQAir vs Blueair," or "Blueair vs IQAir," respectively, and several websites offer comparisons between the two companies' products. This is shown in the images set forth below (Figures 12 and 13).

**Figure 12. IQAir vs. Blueair comparisons suggested on Google.com**




Google
blueair vs.
blueair vs dyson
blueair vs coway
blueair vs levoit
blueair vs molekule
blueair vs iqair
blueair vs winix
blueair vs honeywell
blueair vs rabbit air
blueair vs philips air purifier
blueair vs dyson air purifier
Google Search
I'm Feeling Lucky

**Figure 13. IQAir vs. Blueair comparison websites**



iqair vs blueair

http://www.myhealthbeijing.com › china-public-health
Blueair vs. IQAir Purifiers: And The Winner Is… - MyHealth ...
Sep 22, 2010 — **Blueair** vs. **IQAir** Purifiers: And The Winner Is… · Normal settings: with the typical mid-level speeds, I didn't see much of a difference. Both ...

https://www.breathingspace.co.uk › blueair-iqair-compa...
Blueair - IQAir Comparison - Breathing Space
Choosing between **Blueair** & **IQAir** ... an educated opinion on two of the world's most respected brands, namely **Blueair** of Sweden and **IQ Air** of Switzerland.

http://yourgoodscompared.com › For Your Home
IQAir vs BlueAir: Air Purifier Comparison - Your Goods ...
Is the price difference worth getting an **IQAir** rather than the also much-loved and cheaper **BlueAir**? If you or any family member is suffering from asthma or ...

http://www.aircleaner.org › the-best-air-purifiers
Comparing the Best Air Filters | Reviews of Leading Air Purifiers
The **IQAir** Healthpro Plus is the biggest seller of the **IQ Air** Purifier series ... Comparing **Blueair** purifiers to **IQAir**, is somewhat difficult because it too ...

https://knoji.com › article › iqair-vs-blueair-vs-rabbitair...
IQAir vs Blueair vs RabbitAir: Home Air Filters Reviewed and ...
**Blueair** has more support features than **IQair** since they also have the live chat where **IQair** does not. **Blueair** may be cheaper in general, but it also only ...

Videos

The Best Air Purifier Under $1000 - IQAir vs Austin Air
8:39 PREVIEW
YouTube · Consumer Analysis
Mar 11, 2020

$100 vs $1000 Air Purifier - Winix vs IQAir
10:41 PREVIEW
YouTube · Consumer Analysis
Mar 4, 2020

IQAir Air Purifiers - A Review of the Best Options
10:55 PREVIEW
YouTube · Consumer Analysis
Feb 19, 2020

Feedback

View all

https://www.tomsguide.com › best-picks › best-air-purif...
The best air purifiers in 2021 | Tom's Guide
5 days ago — It doesn't feature a HEPA filter either, but **BlueAir** claims its filters are just as effective. ... Best air purifiers: **IQAir** HealthPro Plus.

**B. Online advertising targeting by Blueair demonstrates that it is directly targeting potential IQAir consumers**

39. In addition to the fact that IQAir and Blueair overlap in their marketing mix, as I discuss above, data from multiple sources show that Blueair is engaged in targeted marketing of IQAir's prospective customers through use of internet search terms ("keywords"; including Google's AdWords product) expressly referencing IQAir's HEALTHPRO® mark and other IQAir-specific brand keywords to direct traffic, including prospective purchasers of IQAir, to Blueair's products and website. Since Blueair sells its HEALTHPROTECT products exclusively online, [redacted][35] attracting potential consumers to its website and other online retailers is the only way to generate sales. Purchasing ads that are shown to potential consumers that search for certain keywords (e.g., on Google) is how companies that sell online, including IQAir and Blueair, generate traffic to their sales channels. This practice can result in Blueair's ads appearing at the top of the page, on the first page, and/or before IQAir's ads and organic links, with the goal of increasing traffic to Blueair.com.

40. In the attached Exhibits 1-2 and Figures 14-18 below, I present information on Blueair's targeted ads provided by SpyFu, "one of the best known names in the SEO [search engine optimization] game."[36] SpyFu is a search analytics company that offers widely-used competitor keyword research tools for Google Ads.[37] Among other things, SpyFu offers data on advertising keywords purchased by websites on Google Ads.[38] In the SpyFu data, Blueair, through its domain

[35] "Declaration of Odile Liu in Support of Defendants BLUEAIR AB and BLUEAIR, INC.'s Opposition to Plaintiffs' Motion for Preliminary Injunction," August 20, 2021 ("Liu Declaration"), ¶26.

[36] "SpyFu Review," *PC*, available at https://www.pcmag.com/reviews/spyfu, last accessed September 9, 2021.

[37] "What Does SpyFu Do?" *SpyFu*, available at http://www.spyfu.com, last accessed September 9, 2021.

[38] "What Does SpyFu Do?" *SpyFu*, available at http://www.spyfu.com, last accessed September 9, 2021.

Blueair.com, has purchased ads corresponding to various keywords. Several of these keywords associated with ads purchased by Blueair.com explicitly reference IQAir and its HEALTHPRO® products.

41. Attached as Exhibit 1 is a SpyFu report entitled "PPC ["Pay Per Click"] Keywords for: "blueair.com" that shows 54 keywords associated with ads Blueair has purchased, containing "IQAir" or "HealthPro."[39] Below in Figure 14 is an excerpt from this SpyFu PPC report. This figure shows the first 12 keywords contained in the report and associated with ads Blueair has purchased, containing "IQAir" or "HealthPro."

[39] SpyFu reports 54 paid keywords associated with the domain "blueair.com" that contain "IQAir" or "HealthPro." SpyFu defines "Exact Cost-per-click (CPC)" as "[t]he average amount advertisers pay Google anytime someone clicks their own ad for this keyword." Exact matches "must include keyword idea, exactly as written, and without any other words in the search term." "Volume" is defined as "the estimated number of times this past month that people have searched this keyword. The numbers reflect searches done in the US on Google.com" "[SpyFu] blend[s] data from multiple sources [...] to give a truer snapshot of activity on this keyword." Available at spyfu.com.

**Figure 14: SpyFu PPC report for Blueair.com with keywords containing "IQAir" or "HealthPro"**

SpyFu View on SpyFu.com

**blueair.com**

**Sort:** Most Successful Keywords

**Total Keywords:** 54 **Total Volume:** 5.78k

| Keyword | Volume | CPC (E) |
|---|---|---|
| iqair filter | 1.3k | $2.67 |
| healthpro plus air purifier | 660 | $2.72 |
| healthpro air purifier | 440 | $3.40 |
| iqair pre filter | 420 | - |
| iqair healthpro | 300 | $5.80 |
| iqair air purifier | 290 | - |
| iqair hyperhepa filter | 230 | - |
| iqair review | 220 | $0.91 |
| iqair health pro plus | 155 | $2.31 |
| iqair health pro | 150 | $4.86 |
| blueair vs iqair air purifier | 150 | - |
| iqair perfect 16 cost | 125 | - |

42. In Figures 15-17 below, I show a selected few of the Blueair ads associated with these keywords that were captured by SpyFu in 2021. For example, a consumer searching the term "iqair healthpro" would get suggested an ad that redirects to Blueair.com. In the "brick-and-mortar" context, this would be analogous to Microsoft placing an employee with an advertisement directly in the display window of an Apple store and suggesting and escorting potential buyers who show interest to a Microsoft store.

**Figure 15: Blueair.com ad related to keyword "iqair healthpro"**




**Figure 16: Blueair.com ad related to keyword "healthpro plus"**




**Figure 17: Blueair.com ad related to keyword "iq healthpro"**




43. SpyFu also provides a summary called "PPC [pay per click] Kombat" that shows the intersection of keywords associated with ads that were purchased for two different domains. Attached as Exhibit 2 is a copy of a "PPC Kombat for: blueair.com" report, which shows 945 keywords associated with ads that were

purchased by *both* IQAir and Blueair (representing approximately half of 1,997 Blueair.com keywords SpyFu lists in total). Below in Figure 18 is an excerpt from this SpyFu report.

**Figure 18: SpyFu PPC Kombat report for the intersection of keywords targeted by ads purchased by Blueair.com and IQAir.com**




44. The fact that, as SpyFu's data show, Blueair's online advertising targets potential IQAir customers, is consistent with data provided by another SEO analytics provider, SEMRush ("SEM" is an acronym for the term search engine marketing). Attached as Exhibit 3 is an SEMRush report that shows 82 keywords associated with ads Blueair has purchased, containing "IQAir." Figure 19 shows a screenshot of several Blueair.com ads captured by SEMRush in 2020 and 2021 that are associated with the keyword "iqair."

**Figure 19: SEMRush report with keywords associated with ads purchased by Blueair and containing "IQAir"**




45. What the SpyFu and the SEMRush data show is that, to the extent that a firm's intent in targeting a particular group of consumers is indicative of the actual market for that firm's products, Blueair's use of keyword search terms designed to capture IQAir prospective consumers. This further demonstrates that Blueair views IQAir as a competitor, that Blueair and IQAir have an overlapping potential consumer base, and, contrary to Mr. Holst's statements in his declaration, that Blueair does in fact directly target potential consumers of IQAir products.[40]

## VI. CONCLUSION

46. In conclusion, based on my review and assessment of the allegations in this matter, the opinions offered by Professor Keller lack empirical support and are not credible in this context. In particular, contrary to Professor Keller's opinion, I have found that there is substantial overlap in the intended and in the implied product positioning of IQAir's HEALTPRO® and Blueair's HEALTHPROTECT air purifiers based on virtually every dimension of the four pillars of marketing mix: "product" (including design, name), "pricing," "promotion" (including public relations and product positioning), and "place" (e.g., sales channel, and Blueair's targeting of IQAir's customers via search keywords). Furthermore, the fact that HEALTHPROTECT contains, in full, the term HEALTHPRO® will lead to

[40] Holst Declaration ¶33.

competition and/or consumer confusion given the internet algorithms used to "autocomplete" or suggest certain products based on search terms used on online sales platforms such as Amazon (where both products are sold). Finally, Professor Keller's opinions are contradicted by industry analysts' view of competition in the air purifier market, as well as Blueair's advertising targeting.

47. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

On Amir, PhD

# Appendix A

## *On Amir*

Rady School of Management
University of California, San Diego
Wells Fargo Hall
9500 Gilman Drive, MC 0553
La Jolla, CA 92093-0553
(858) 534-2023
oamir@ucsd.edu

---

### *Education*

Ph.D., Management Science, Marketing, Massachusetts Institute of Technology
B.S., Computer Science, Israeli Open University, Tel Aviv

### *Employment*

| | |
|---|---|
| 2020 – present | Wolfe Family Presidential Endowed Chair in Life Sciences, Innovation, and Entrepreneurship,<br>Professor of Marketing<br>Rady School of Management, University of California, San Diego, |
| 2018 – 2021 | Associate Dean of Programs<br>Rady School of Management, University of California, San Diego |
| 2018 – 2020 | Professor of Marketing<br>Rady School of Management, University of California, San Diego |
| 2010 – 2017 | Associate Professor of Marketing<br>Rady School of Management, University of California, San Diego |
| 2012 – 2013 | Visiting Associate Professor of Marketing<br>Kellogg School of Management, Northwestern University |
| 2011 – 2012 | Visiting Professor of Marketing<br>Arison School of Management, IDC |
| 2005 – 2010 | Assistant Professor of Marketing<br>Rady School of Management, University of California, San Diego |
| 2003 – 2005 | Assistant Professor of Marketing<br>School of Management, Yale University |
| 1991 – 1999 | Israeli Air Force |

---

***Publications***

Elanor Williams, Allie Lieberman, & On Amir (2021). Perspective Neglect: Inadequate Perspective Taking Limits Coordination, *Judgment and Decision Making*, 16 (4), 898-931.

Weingarten, Evan, Michael W. Meyer, Amit Ashkenazi, & On Amir (2020). Experts Outperform Technology in Creative Markets, *She Ji: The Journal of Design, Economics, and Innovation*.

Alicea Lieberman , Kristen Duke, & On Amir (2019). How Incentive Framing Can Harness the Power of Norms, *Organizational Behavior & Human Decision Processes*.

Kristen E. Duke & On Amir (2019). Guilt Dynamics: Consequences of Temporally Separating Decisions and Actions, *Journal of Consumer Research*, 45 (6), 1254-1273.

* Winner of the 2019 Ferber Award

On Amir, Nina Mazar, & Dan Ariely (2019). Replicating the Effect of Moral Standards Accessibility on Dishonesty, Author's Response to the Replication Process, *Advances in Methods and Practices in Psychological Science*.

Raphael Thomadsen, Robert P. Rooderkerk, On Amir, Neeraj Arora, Bryan Bollinger, Karsten Hansen, Leslie John, Wendy Liu, Aner Sela, Vishal Singh, K. Sudhir, & Wendy Wood (2018). How Context Affects Choice, *Customer Needs and Solutions*, 1-2, 3-14.

Kristen Duke, Kelly Goldsmith, & On Amir (2018). Is the Preference for Certainty Always so Certain?, *Journal of the Association of Consumer Research*, 3(1), 63-80.

Coby Morvinski & On Amir (2018). Liking Goes with Liking: An Intuitive Congruence between Preference and Prominence, *Journal of Experimental Psychology: Learning, Memory, and Cognition*.

Daniella Kupor, Wendy Liu, & On Amir (2017). The Effect of an Interruption on Risk Decisions, *Journal of Consumer Research*, 44 (6), 1205–1219.

Andrea Morales, On Amir, & Leonard Lee (2017). A Tutorial in Consumer Research: Keeping it Real in Experimental Research – Understanding When, Where, and How to Enhance Realism and Measure Consumer Behavior, *Journal of Consumer Research*, 44 (2), 465–476.

Kerem Shuval, Tammy Leonard, Jeffrey Drope, David L. Katz, Alpa V. Patel, Melissa Maitin-Shepard, On Amir, & Amir Grinstein, (2017). Physical Activity Counseling in Primary Care: Insights from Public Health & Behavioral Economics, *CA: A Cancer Journal for Clinicians*, 67(3), 233-244.

Coby Morvinski, On Amir, & Eitan Muller (2017). "Ten Million Readers Can't Be Wrong!," or Can They? On the Role of Information About Adoption Stock in New Product Trial, *Marketing Science*, 36(2), 290-300.

On Amir and Orly Lobel (2014). How Non-Competes Stifle Performance, *Harvard Business Review*, 92 (1/2), p.26.

On Amir and Orly Lobel (2013). Driving Performance: A Growth Theory of Non-Compete Law, *Stanford Technology Law Review*, 16 (3), spring.

On Amir and Orly Lobel (2012). Liberalism and Lifestyle: Informing Regulatory Governance with Behavioral Research, *European Journal of Risk Regulation*, 1, 17-25.

Kelly Goldsmith and On Amir (2010). Can Uncertainty Improve Promotions, *Journal of Marketing Research*, December, 1070-1077.

Leonard Lee, On Amir, and Dan Ariely (2009). In Search of Homo Economicus: Cognitive Noise and the Role of Emotion in Preference Consistency, *Journal of Consumer Research*, 36, 173-187.

Anastasiya Pocheptsova, On Amir, Ravi Dhar, and Roy Baumeister (2009). Deciding without Resources: Psychological Depletion and Choice in Context, *Journal of Marketing Research*, June, 46 (3), 344-355.

On Amir and Dan Ariely (2008). Resting on Laurels: The Effects of Discrete Progress Markers as SubGoals on Task Performance and Preferences, *Journal of Experimental Psychology: Learning, Memory, & Cognition*, 34 (5), 1158-1171.

On Amir and Orly Lobel (2008). Stumble, Predict, Nudge: How Behavioral Economics Informs Law and Policy, *Columbia Law Review*, December, 2098-2138.

Nina Mazar, On Amir, and Dan Ariely (2008). The Dishonesty of Honest People: A Theory of Self-Concept Maintenance, *Journal of Marketing Research*, November, 45 (6), 633-644, (lead article).

*Media coverage: NY Times Science section (Nov. 20th, 2007)

*HBR Breakthrough Ideas for 2008.

*Winner of the 2012 William F. O'Dell award.

Nina Mazar, On Amir, and Dan Ariely (2008). More Ways to Cheat – Expanding the Scope of Dishonesty, *Journal of Marketing Research*, November, 45 (6), 651-653.

On Amir and Jonathan Levav (2008). Preference construction versus choice construction: The instability of preferences learned in context. *Journal of Marketing Research*, April, 145-158.

On Amir, Ziv Carmon, and Dan Ariely (2008). The Dissociation between Monetary Assessments and Predicted Utility, *Marketing Science*, 27 (6), 1055-1064.

On Amir and Dan Ariely (2007). Decisions by Rules: The Case of Unwillingness to Pay for Beneficial Delays. *Journal of Marketing Research*, February, 142-152.

On Amir, Dan Ariely, Alan Cooke, David Dunning, Nicholas Epley, Botond Koszegi, Donald Lichtenstein, Nina Mazar, Sendhil Mullainathan, Drazen Prelec, Eldar Shafir, Jose Silva (2005). Behavioral Economics, Psychology, and Public Policy. *Marketing Letters* (Special Issue for the Sixth Choice Symposium), 16:3/4, 443-454.

***Other Publications***

Alicia Lieberman, Andrea C. Morales, and On Amir (2019). Beyond the Lab: Using Data from the Field to Increase Research Validity, in Handbook of Research Methods in Consumer Psychology, Frank R. Kardes, Paul M. Herr, and Nobert Schwarz, Editors, Routledge.

"Psychology of Pricing: How to Price Your Products Effectively," The To Do List, May 23rd, 2019.

"Is the Mind like a Muscle?" Scientific American, Mind, online edition.

"Making Consumption Decisions by Following Personal Rules" (2005), In Inside Consumption: Frontiers of Research on Consumer Motives, Goals, and Desires. Ratti Ratneshwar & David Mick (eds.), Routledge Press. (with Dan Ariely & Orly Lobel)

On Amir & Ariely Dan (2001) e-Rationality: Rationality in Electronic Environments. In S.M. Broniarczyk, & K. Nakamoto, Advances in Consumer Research, 24. Provo, UT.

On Amir (2004) Alternative Decision Processes in Consumption: Personal Rules, Rationales, and Identity Maintenance, Advances in Consumer Research, XXXI, 26.

---

***Selected Research in Progress***

The Quantity Integration Effect: When Integrating Purchase and Quantity Decisions Increases Sales (with Kristen Duke) - revision invited at Marketing Science

Goal Proximity, Social Information, and Giving: When Norms Backfire (with Coby Morvinski and Matt Lupoli) – revision invited Journal of Marketing

The Entrenchment Effect (with Allie Lieberman and Ziv Carmon) –revision invited at Journal of Marketing Research

Tangential Immersion (with Allie Lieberman and Andrea Morales) –revision invited at Journal of Consumer Research

The Impact of Linguistic Structure on Judgment Confidence and Source Attitude (with Giulia Maimone and Uma Karmarkar) – Under review at Journal of Marketing Research

How Product Unavailability Leads to Choice of Lesser Alternatives—The Role of Hedonic Aggregation (With Jean Zhang and Gal Smitizsky) – Under review at Journal of Marketing Research

The most Influential Age Hypothesis: Does the Self Cause Predictable Preferences (with Nina Mazar) – revision invited Management Science.

Reference Escalation in Sequential Choice (with Coby Morvinski) – Under review at Marketing Science

My Experience or My Expectations: The Effect of Expectations as Reference Points on Evaluations of Experiential Purchases (with Amar Cheema, Davide Proserpio, and Stephanie Tully) – under review Journal of Consumer Research.

Coming Alive through Headphones (with Allie Lieberman and Juliana Schroder) - revision invited at Organization Behavior and Human Decision Processes

The Effect of Stated Preference on Subsequent Revealed Preference: Experimental evidence from labor decisions (with Coby Morvinski and Silvia Saccardo) –revision invited at Management Science

Risk Aversion as Self Control (with Orly Lobel and Kelly Goldsmith)

Driving Pro-Environmental Choice (with Elizabeth A. Keenan and Ayelet Gneezy)

Risk Management for the Future: Age, Risk, and Choice Architecture (with Orly Lobel)

### *Honors and Awards*

MSI Research Award: "Do Experts Outperform Artificial Intelligence? The Case of Logo Design," # 4000657, 2019
MSI Research Award: "Quantity Integration," #4000477, 2018
MSI Research Award: "New Product Adoption," #4-1842, 2014
Robert Woods Johnson Foundation research grant for Healthy Choices.
MSI Junior Scholars 2009
"Most Valuable Professor Award," voted by the Flex MBA class of 2007
"Most Valuable Professor Award," voted by the Fulltime MBA class of 2007
MSI Research Award: "Motivating Discounts: Price Motivated Consumer Reasoning", #4-1273, 2004
AMA - Sheth Doctoral Consortium Fellow, 2002
MSI Research Award: "Information Aversion: Indecision, Procrastination, and Consumer Choice Online", #4-1141, 2001
CS Holding Fellowship, 2001
Walter A Rosenblith Fellowship, 2000

### *Conference presentations and Invited Talks*

University of California, Berkeley, Haas (2015)
University of Toronto, Rotman (2015)
University of Southern California, Marshal (2014)
University of Southern California, Psychology (2013)
University of Pennsylvania, Wharton (2007, 2013)
University of Chicago, Booth (2013)
Northwestern University, Kellogg (2012)
Interdisciplinary Center, Arison (2011)
Tel Aviv University, Recanati, Coller (2008, 2009, 2018)
Stanford University, GSB (2009)
Columbia University, GSB (2009)
University of California, San Diego, Psychology (2005, 2006, 2007, 2008)
University of California, San Diego, Economics (2008)
Erasmus University (2008)
University of Melbourne (2007)
Hebrew University (2007)
Washington University, St. Louis (2007)
University of San Diego, School of Law (2006)
University of California, Los Angeles, Anderson (2004)
Yale University, Psychology (2004)
INSEAD (2004, 2015)
Johns Hopkins University (2017)

NUS (2018)
Ben Gurion University (2018)
HKU (2019)
CUHK (2019)
MIT (2019)

Association for Consumer Research, 2001, 2003, 2004, 2006, 2007, 2013, 2015, 2016
Society of Consumer Psychology, 2004, 2005, 2008, 2012, 2014, 2015, 2016, 2017, 2020
Society for Judgement and Decision Making, 2003, 2005, 2006, 2011, 2015, 2016, 2019
Behavioral Decision Making Research in Management, 2002, 2006, 2008, 2014, 2016, 2018
FUR, IESE, 2008
Marketing in Israel, 2002, 2003, 2005
Northeastern Marketing Consortium 2003
Coller Conference of Behavioral Economics 2017, 2019
DMEP 2019

---

***In the Media***

You could be one of three San Diegans who just won $50,000 in the state's vaccine lottery. San Diego Union Tribune, June 4, 2021.
California's vaccine incentives program – KPBS, May 2021.
San Diego health systems ask for fewer vaccine doses, turn down extra amid supply glut. San Diego Union Tribune, May 10, 2021.
2021's Best Pleaces for Valentine's Day. WalletHub, February 2, 2021.
We're getting closer to having a Covid-19 vaccine. Hold onto that mask, though. San Diego Union Tribune, October 25, 2020
Psychology of Pricing: How to Price you Products Effectively, The Do List, May 23, 2019
The Celebrity of Legalized Cannabis, Pacific San Diego, May 20, 2019
Marines may ditch 'The Few, the Proud' slogan, San Diego Union Tribune, October 11, 2016
The free-shipping wars have begun, San Diego Union Tribune, October 2013
The Young and The Promising, TheMarker magazine, 2011
Consumer Emotional Reactions to Changing Gas Prices, Ch. 10 News, August 2008
Jogging Down the Comeback Trail, San Diego Union Tribune, August 2007
Big Business and the Consumer, Jeremy Seville Comedy Hour, WealthTV 2007
Social Marketing, San Diego Union Tribune, May 2007
Trends in E-commerce, San Diego Business Journal, July 2006
Dating websites, San Diego Union Tribune, April 2006
Database marketing, Campus Technology, November 2005
Christmas shopping, Hartford Courant, December 2004

---

***Service***

| | |
|---|---|
| *PhD Committee* | Uzma Khan, Yale SOM, 2005<br>Michael Liersch, UCSD Psychology, 2007 |

Elizabeth Keenan, UCSD, 2015
Coby Morvinski, UCSD, 2015 (Chair)
Charles Lin, UCSD Economics, 2015
Kristen Duke, UCSD, 2019 (Chair)
Alicea Lieberman, UCSD 2020 (Chair)

*Conferences* Program committee for: SCP, ACR, BDRM, SJDM
Conference Chair: SCP 2017

***Reviewer***

Journal of Marketing Research
Marketing Science
Journal of Experimental Psychology: General
Journal of Economic Psychology
Journal of Consumer Research
American Economic Review
Journal of Consumer Psychology
Memory and Cognition
Psychology and Marketing
Cognition
Journal of Behavioral Decision Making
Organizational Behavior and Human Decision Processes
Psychological Science
Journal of Personality and Social Psychology
Management Science
Journal of Economic Behavior and Organizations
Science

***Member***

Association for Consumer Research
Association for Consumer Psychology
Society for Judgment and Decision Making
American Psychological Society
American Marketing Association

---

***Teaching Experience***

Marketing Management (MBA, Executive)
Analytics in the wild (MBA, Executive)
Consumer Behavior (MBA, Executive)

Market Research (MBA, Executive)
Applied Market Research (Undergrad, MBA)
Social Psychology (teaching fellow, Harvard)
E-Commerce Strategy (Executive)
Data Driven Decision Making (Executive)
Customized Executive Programs
Pricing (Executive)
Lab to Market (MBA, Executive)
Intro to Business (Graduate)
Branding (Executive)

# APPENDIX B

## Materials Relied Upon

### Books

Philip Kotler and Kevin L. Keller, *Marketing Management*, *15e*. (New Jersey: Pearson Education, 2016).

### Case Filings

"ICLEEN ENTWICKLUN.GS-UND VERTIEBSANSTALT FUR UMWELTPRODUKTE, a Liechtenstein corporation; and IQAIR NORTH AMERICA, INC., a California corporation, Plaintiffs, vs. BLUEAIR AB, a Sweden corporation; and BLUEAIR, INC. a Delaware corporation, Defendants," Complaint, March 11, 2021

"Declaration of Brian M. Daniel in Support of Defendants BLUEAIR AB and BLUEAIR, INC.'S Opposition to Plaintiff's Motion for Preliminary Injunction," August 22, 2021

"Declaration of Jonas Holst in Support of Defendants BLUEAIR AB and BLUEAIR, INC.'S Opposition to Plaintiff's Motion for Preliminary Injunction," September 27, 2021

"Declaration of Professor Punam Keller in Support of Defendants BLUEAIR AB and BLUEAIR, INC.'S Opposition to Plaintiff's Motion for Preliminary Injunction," August 20, 2021

"Declaration of Odile Liu in Support of Defendants BLUEAIR AB and BLUEAIR, INC.'S Opposition to Plaintiff's Motion for Preliminary Injunction," September 27, 2021

"Declaration of Jeffrey A. Stec," July 26, 2021

### Industry Analyst Reports

Absolute Reports 2020 Global Residential Air Purifiers Market Report 2020 by By Key Players, Types, Applications, Countries, Market Size, Forecast to 2026

Grand View Research's Air Purifier Market Analysis Sample Report, 2021-2028

LP Information Inc.'s Global Home Air Purifier Market Growth 2021-2026 Sample Report

Acumen Research's Report Air Purifier Market (By Technology: High-efficiency Particulate Air (HEPA) Activated Carbon, Ionic Filters, Others; Application: Commercial, Residential, Industrial) – Global Industry Analysis, Market Size, Opportunities and Forecast 2020-2027

Market Research Future's 2020 Air Purifier Market Research Report: Information by Product Type (HEPA Purifiers, UV Air Purifiers, Activated Carbon Air Purifiers Ion & Ozone Generator Air Purifiers and others), By Sales Channel (Offline and Online)

Mordor Intelligence 2020 Global Air Purifier Market (2021-2026) Industry Report and Air Purifier Market-Growth, Trends, Covid-19 Impact, and Forecasts (2021-2026) (both identifying and profiling IQAir and Unilever PLC (erstwhile BlueAir AB) as key companies in the market and identifying IQAir as a major player)

**CONFIDENTIAL**

Research and Markets Air Purification Market Research Report by End-User, by Product Type, by Technology, by Distribution Channel, by Region – Global Forecast to 2026 – Cumulative Impact of Covid-19 Report

RFD TV's August 10, 2021 Household Air Purifier Market Size 2021 Global Industry Revenue, Business Growth, Share, Demand and Applications Market Research Report to 2025

Straits Research's Air Purifier Market: Information by Technology (HEPA, Ionic Filter), Application (Commercial, Residential, Institutional), Sales Channel (B2B, B2C), and Region Forecast till 2029

TechSci Research's May 2021 Report United States Air Purifier Market by Filter Type (HEPA + Activated Carbon, Pre-Filter + HEPA, HEPA and Others (Ion & Ozone, Electrostatic precipitator, HEPA+ Activated Carbon + Ion Ozone, etc.), By End Use (Non-Residential/Commercial, Residential Household), By Distribution Channel (Direct/Institutional Sales, Offline Retail Sales, Online Retail Sales), By Region, Competition Forecast & Opportunities, 2016-2026

WBOC's Home Air Purifier Market Size to Showing Impressive Growth Drivers for Consumption, will reach at 2270.9 Million USD and will grow with a CAGR of 5.79% from 2021 to 2027, With Top Countries Status and Prospects Report

Whatech.com's July 7, 2021 article entitled Air Purifier Market Size, Product Trends, Key Companies, Revenue Share Analysis, 2021-2027 / Top Key Players – Honeywell International, IQAir, Atlanta Health Care, Blueair AB, etc. discussed in a new market research report

Zeal Insider's Home Air Filters Market (Covid-10 Analysis) SWOT Analysis, Key Indicators, Forecast 2028 / Honeywell, IQAir, Rabbit Air, Whirlpool, Blueair, Coway Toronto, and more and Global Home Air Filters Market by Product Type (HEPA Home Air Filters, Activated Carbon Home Air Filters) and by End-Users/Application (Household, Hospital) Global Market Share, Forecast Data, In-Depth Analysis, and Detailed Overview, and Forecast, 2013-2026.

**Websites (including certain pages contained within)**

Amazon.com

Blueair.com

IQair.com

Google.com

SEMRush.com

SpyFu.com

"SpyFu Review," PCMag, available at https://www.pcmag.com/reviews/spyfu

Walmart.com