# EXHIBIT 1

SpyFu

PPC Keywords for: blueair.com

# blueair.com

**Sort:** Most Successful Keywords

**Total Keywords:** 54 **Total Volume:** 5.78k

| Keyword | Volume | CPC (E) |
|---|---|---|
| iqair filter | 1.3k | $2.67 |
| healthpro plus air purifier | 660 | $2.72 |
| healthpro air purifier | 440 | $3.40 |
| iqair pre filter | 420 | - |
| iqair healthpro | 300 | $5.80 |
| iqair air purifier | 290 | - |
| iqair hyperhepa filter | 230 | - |
| iqair review | 220 | $0.91 |
| iqair health pro plus | 155 | $2.31 |
| iqair health pro | 150 | $4.86 |
| blueair vs iqair air purifier | 150 | - |
| iqair perfect 16 cost | 125 | - |

| Keyword | Volume | CPC (E) |
|---|---|---|
| iq healthpro | 115 | $8.73 |
| iqair healthpro compact air purifier | 105 | - |
| iq healthpro plus | 105 | - |
| iqair healthpro plus review | 100 | - |
| iq air healthpro plus | 100 | - |
| iqair air cleaners | 90 | - |
| healthpro compact | 85 | - |
| iqair healthpro plus air purifier review | 70 | - |
| healthpro plus | 65 | $2.46 |
| iqair pro | 50 | $1.75 |
| iqair healthpro plus filter | 50 | - |
| iqair healthpro air | 44 | - |
| iqair multigas gc | 44 | - |
| iqair healthpro plus new edition | 42 | - |
| iqair air filter | 40 | - |
| iqair air cleaner | 38 | - |

| Keyword | Volume | CPC (E) |
|---|---|---|
| iqair pro plus | 34 | $3.01 |
| healthpro iqair | 30 | - |
| iqair health | 24 | - |
| iqair healthpro plus best price | 20 | - |
| iqair perfect 16 whole house air puri... | 12 | - |
| iqair new edition healthpro and heal... | 12 | - |
| iqair prefilter | 12 | - |
| iqair health pro compact | 10 | - |
| iqair healthpro filter | 9 | - |
| iqair cleaners | 8 | - |
| iqair cleanroom h13 air purifier | 8 | - |
| iqair healthpro review | 6 | - |
| iqair healthpro air purifiers | 5 | - |
| iqair 250 | 3 | - |
| iqair hepa air purifiers | 2 | - |
| iqair plus health pro | 2 | - |

| Keyword | Volume | CPC (E) |
|---|---|---|
| iqair healthpro compact air purifiers | 1 | - |
| healthpro purifier | - | - |
| healthpro purifier iqair | - | - |
| iqair multi-gas air purifier | - | - |
| iqair gc multigas air purifier medical ... | - | - |
| iqair air cleaner healthpro | - | - |
| iqair healthpro plus hepa air purifiers | - | - |
| purifier air iqair | - | - |
| iqair healthpro series air purifiers | - | - |
| iqair helthpro | - | - |

Show rows 20 Start at Row: Displaying Rows: 1 - 54 of 54 rows