# EXHIBIT 2

SpyFu

PPC Kombat for: blueair.com

blueair.com ✖ vs iqair.com ✖ add a domain




**Overall Market**

**All Keywords (5.57k)**
Monthly Clicks
1.11M

**Core Keywords (945)**
Monthly Clicks
95.3k

**Advice for blueair.com**

**Consider Buying (3.57k)**
Monthly Clicks
253k

**Potential Ad Waste (1.05k)**
Monthly Clicks
761k

# Core Keywords

Keywords all domains buy

**Total Keywords:** 945 **Monthly Clicks:** 95.3k

| Keyword | Volume | CPC (B) |
|---|---|---|
| best hepa air purifier | 7.9k | $6.26 |
| molekule review | 7.3k | - |
| blue air filters | 5.4k | $2.54 |
| best air purifier consumer reports | 4.8k | $1.13 |
| air purifer | 2.3k | $1.43 |
| blueair.com | 2.1k | $2.49 |
| best air filters | 2k | $1.22 |
| best air filter for home | 1.9k | $1.86 |
| air purifier hepa | 1.5k | $0.67 |
| best rated air purifier | 1.5k | $1.12 |
| molekule reviews | 1.5k | - |
| home air filter | 1.4k | $3.43 |
| what is the best air purifier | 1.3k | $1.01 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air purifyer | 1.3k | $1.95 |
| molekule air purifier reviews | 1.3k | - |
| mold air purifier | 1.3k | $2.27 |
| best air purifier for cigarette smoke | 1.2k | - |
| allergy air purifier | 1.2k | - |
| air purifier smoke | 1.2k | $2.28 |
| home air filtration system | 1.2k | $2.13 |
| air purifier mold | 1.2k | $1.63 |
| air purifier for home | 1.1k | $3.30 |
| best whole house air purifier | 1.1k | $2.09 |
| small air purifier | 1.1k | $1.02 |
| hepa air cleaner | 1.1k | $1.71 |
| purifiers | 1k | $1.48 |
| room air filter | 1k | $1.54 |
| hepa filter for home | 1k | $2.01 |
| air filters for house | 1k | $2.50 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| best small room air purifier | 1k | $1.73 |
| small room air purifier | 950 | $6.26 |
| room air cleaner | 900 | $1.59 |
| best air cleaner | 900 | $1.46 |
| hepa filters for home | 900 | $1.15 |
| best air purifiers for mold | 900 | $1.17 |
| air purifier with hepa filter | 810 | $8.94 |
| air filter for home | 810 | $2.45 |
| portable air cleaner | 780 | $1.81 |
| blueair replacement filters | 780 | $2.23 |
| large room air purifier | 780 | $1.75 |
| best air cleaners | 780 | $1.70 |
| best air purifer | 750 | $2.00 |
| best air cleaners for home | 720 | $2.28 |
| air purifers | 720 | $7.69 |
| desktop air purifier | 690 | $0.82 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air filters for homes | 690 | $3.40 |
| air purfier | 660 | $7.34 |
| healthpro plus air purifier | 660 | $2.45 |
| best home purifier | 630 | $1.32 |
| personal air filter | 630 | $0.61 |
| hepafilter | 600 | $1.28 |
| air purifier filter | 600 | $1.55 |
| air filters house | 570 | $2.12 |
| best air purifier for smokers | 570 | $1.81 |
| air purifiers for allergies | 570 | $1.70 |
| best rated air purifiers | 570 | $1.04 |
| blue pure 211 filter | 540 | $1.41 |
| air purifiers for smokers | 540 | $5.43 |
| air purifier for cigarette smoke | 540 | - |
| best air filter for mold | 510 | $1.10 |
| best air filters for allergies | 510 | $1.00 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| pet dander air purifier | 510 | $6.28 |
| heppa filter | 510 | $4.36 |
| desk air purifier | 510 | $0.82 |
| best hepa filters | 500 | $2.29 |
| the best air purifiers | 500 | $2.18 |
| energy efficient air purifier | 460 | $0.46 |
| air filtration | 460 | $2.15 |
| best room air filter | 460 | $4.11 |
| office air purifier | 460 | $2.81 |
| best air cleaner for smoke | 440 | $2.51 |
| healthpro air purifier | 440 | $3.31 |
| rabbit air coupon | 440 | - |
| top rated hepa air purifier | 420 | $0.76 |
| smoke air filter | 420 | $2.53 |
| best cigarette smoke air purifier | 400 | $0.77 |
| blueair classic 605 air purifier | 400 | $5.05 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| best airpurifier | 400 | $4.27 |
| home hepa filter | 380 | $1.54 |
| best hepa air purifiers | 380 | $0.36 |
| best air purifier smoke | 380 | $8.05 |
| air purifier whole house | 360 | - |
| top air filters | 360 | $1.01 |
| small hepa air purifier | 360 | $1.35 |
| air purifiers mold | 340 | $2.56 |
| air purifier hepa filter | 340 | $0.97 |
| best personal air purifier | 340 | - |
| best hepa filter air purifier | 340 | $8.84 |
| hepa filter air cleaner | 340 | $0.75 |
| best inexpensive air purifier | 340 | $3.69 |
| ecobox air purifier | 320 | $1.01 |
| air filter for house | 320 | $3.33 |
| top rated home air purifiers | 320 | $2.34 |

| Keyword | Volume | CPC (B) |
| --- | --- | --- |
| central air purifier | 320 | $2.69 |
| room air purifier ratings | 320 | - |
| air purifier home | 320 | $1.32 |
| air filtration systems | 300 | $2.04 |
| air cleaners for homes | 300 | $2.33 |
| best air cleaner for allergies | 300 | $1.27 |
| best purifier | 290 | $1.03 |
| air purifier small | 290 | $6.15 |
| office air purifiers | 270 | $1.98 |
| top home air purifiers | 270 | $3.64 |
| whole home air cleaner | 270 | $2.75 |
| air purifier cigarette smoke | 270 | - |
| home purifier | 270 | $0.80 |
| what's the best air purifier | 270 | - |
| personal air purifiers | 270 | $1.62 |
| austin air purifier reviews | 260 | $2.88 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| ion air cleaner | 260 | $3.17 |
| air filters for mold | 260 | $2.10 |
| air pur | 260 | $2.00 |
| room purifiers | 260 | $1.63 |
| perfect 16 | 250 | $7.72 |
| best air filter for smokers | 250 | - |
| cigarette air filter | 250 | - |
| best allergen air purifier | 250 | $8.25 |
| most effective air purifier | 250 | $3.96 |
| best mold air purifier | 250 | $1.80 |
| allergy air filter | 250 | $2.10 |
| air purifier for large room | 250 | $1.12 |
| blue air purifier review | 250 | $2.81 |
| portable air purifiers | 240 | $2.10 |
| hamilton beach air cleaner | 230 | $0.74 |
| best whole house air cleaner | 230 | $1.55 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| smoke filters | 230 | $1.21 |
| hepa room air filters | 230 | $5.95 |
| best air purifiers for asthma | 230 | $1.06 |
| household air purifier | 230 | $2.01 |
| clean air machine for home | 220 | $5.89 |
| air purifier to remove smoke | 220 | $7.63 |
| heppa filters | 220 | $3.32 |
| room air purifiers for allergies | 220 | - |
| blueair cleaner | 210 | - |
| best air purifers | 200 | $1.47 |
| cigarette smoke purifier | 200 | - |
| do home air purifiers work | 200 | - |
| air purifier do they work | 200 | - |
| air purifier to remove cigarette smoke | 200 | - |
| rabbit air reviews | 200 | $1.16 |
| hepa purifier | 200 | $1.71 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| home smoke eater | 200 | $2.84 |
| air cleaner for house | 200 | - |
| best hepa air filters | 200 | $1.24 |
| smoke filter machine | 200 | $4.38 |
| hepa air filtration system | 200 | $2.02 |
| hepa air filter reviews | 200 | $5.07 |
| best house air purifier | 190 | $1.78 |
| house air purifiers | 190 | $2.51 |
| rabbit air minusa2 spa-700a | 190 | $2.35 |
| austin air purifier review | 190 | $2.78 |
| air purifier carbon filter | 190 | $2.77 |
| air hepa | 190 | $0.05 |
| smoke removal air purifier | 180 | $3.02 |
| air filter for pets | 180 | $4.50 |
| air ourifier | 180 | $7.04 |
| quiet hepa air purifier | 180 | $2.17 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air purifyers | 180 | $5.35 |
| top air cleaners | 180 | $0.62 |
| best whole house air filter | 180 | $4.86 |
| room hepa filter | 180 | $2.15 |
| air filtration units | 180 | $2.32 |
| air cleaner amazon | 180 | - |
| top rated air filters | 180 | $1.38 |
| air cleaners for allergies | 165 | $1.09 |
| family care air purifier | 165 | $1.64 |
| air purifiers with hepa filters | 165 | $4.82 |
| household air purifiers | 165 | $2.59 |
| home hepa filters | 165 | $2.39 |
| highest rated air purifiers | 165 | $1.94 |
| the best air filter | 165 | $1.07 |
| air purify | 165 | $2.47 |
| small air purifiers | 165 | $1.43 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| friedrich air cleaner | 165 | $0.62 |
| mold air purifiers | 165 | $2.35 |
| air purifier office | 165 | $6.52 |
| air purifiyer | 165 | - |
| room air filtration | 165 | $0.48 |
| best room air filters | 165 | - |
| what is the best home air purifier | 165 | $5.44 |
| best air purifyer | 165 | $2.30 |
| air pirifier | 165 | $2.24 |
| best rated air filters | 165 | $1.34 |
| hepa air | 165 | $2.89 |
| blueair 203 review | 165 | - |
| best airfilters | 165 | - |
| best air purifier pets | 155 | - |
| household air filters | 150 | $2.60 |
| best room purifier | 150 | $4.16 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| best purifiers | 150 | $1.27 |
| the best hepa air purifier | 150 | $0.80 |
| air purifier reusable filter | 150 | - |
| recommended air purifier | 150 | $3.37 |
| norelco air purifier | 150 | $0.13 |
| pet air filter | 150 | $1.37 |
| small room air purifiers | 150 | $7.39 |
| air purifier cadr | 150 | - |
| good air filters | 150 | $2.06 |
| portable air filters for house | 150 | - |
| air pruifier | 150 | - |
| blueair air purifier review | 150 | - |
| highest rated hepa air purifier | 150 | $6.89 |
| best hepa air purifier for cat allergies | 150 | - |
| blueair 400 filter | 145 | $4.77 |
| air purifying | 135 | $3.88 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| best large room air purifiers | 135 | $5.02 |
| what is the best room air purifier | 135 | $0.07 |
| best air filter home | 135 | $1.94 |
| mold filter | 135 | $1.65 |
| hepa air filters for home | 135 | $0.55 |
| best room air purifier for allergies | 135 | $9.61 |
| rabbit air minusa2 reviews | 135 | - |
| smoke air purifiers | 135 | $1.06 |
| best portable hepa air purifier | 135 | - |
| best purifier for allergies | 135 | $1.23 |
| home air filtration systems | 135 | $2.34 |
| austin air healthmate plus review | 135 | $7.07 |
| best apartment air purifier | 135 | $6.26 |
| cigarette air purifier | 135 | - |
| germ guardian air purifiers | 135 | $1.60 |
| best air purifier for cat dander | 135 | $6.54 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| house air cleaners | 135 | $2.24 |
| blueair 201 | 130 | $3.09 |
| pionair air purifiers | 125 | - |
| air purifier uses | 125 | $4.53 |
| room air filter machines | 125 | - |
| what is the best air purifier for allergies | 125 | $6.34 |
| best rated home air purifier | 125 | $1.13 |
| best hepa purifier | 125 | $0.39 |
| the best home air purifier | 125 | $0.84 |
| personal air cleaner | 125 | $0.74 |
| best hepa room air purifier | 125 | $7.73 |
| negative ion air cleaner | 125 | $2.98 |
| air sanitizer vs air purifier | 125 | - |
| best air purifiers for pet dander | 125 | $2.53 |
| best air filter for house | 125 | $1.80 |
| room air filters for allergies | 125 | $1.97 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air purifier dust remover | 125 | $4.45 |
| best air cleaner for smokers | 125 | $1.31 |
| quiet air cleaner | 125 | $2.97 |
| air purifyier | 125 | - |
| quiet air purifiers | 125 | $1.56 |
| mold air cleaner | 125 | $1.81 |
| air scruber | 125 | $5.77 |
| best place to buy air purifier | 125 | $3.49 |
| room air filters hepa | 125 | $8.06 |
| airpurifer | 125 | $0.40 |
| air purifier rating | 120 | $4.44 |
| blueair 555eb | 120 | $4.71 |
| iq healthpro | 115 | $6.85 |
| air cleaners for mold | 110 | $2.24 |
| best compact air purifier | 110 | $1.32 |
| home air purification | 110 | $2.17 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air purefier | 110 | - |
| air cleaners for smokers | 110 | $2.36 |
| what is a hepa air purifier | 110 | $4.22 |
| home hepa filter system | 110 | $5.18 |
| electronic whole house air cleaner | 110 | - |
| air purifiers for allergies and pets | 110 | - |
| hepa air purifier best | 110 | $11.74 |
| top rated hepa air purifiers | 110 | $0.78 |
| home air purifiers for smokers | 110 | - |
| best home air cleaners | 110 | $3.31 |
| air filters hepa | 110 | $2.20 |
| good air purifiers for allergies | 110 | - |
| air dust purifier | 110 | $9.51 |
| air cleaners for the home | 110 | $2.53 |
| air purifier system | 110 | $1.67 |
| the best air filters | 110 | $2.96 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| best smoke air purifier | 110 | $1.00 |
| ion air purifiers | 110 | $1.60 |
| living air classic air purifier | 110 | - |
| health pro plus | 110 | $1.86 |
| austin hm 400 | 110 | $0.29 |
| air purifier recommendations | 110 | - |
| blueair smokestop | 105 | $1.61 |
| iq healthpro plus | 105 | - |
| air cleaners reviews | 100 | $0.77 |
| air cleaners and purifiers | 100 | $2.33 |
| best air purification system | 100 | $0.65 |
| air filter for mold | 100 | $2.83 |
| the best air purifier for allergies | 100 | $8.53 |
| ionic air purifiers reviews | 100 | $1.62 |
| best air purifiers for cigarette smoke | 100 | - |
| air purifiers for the home | 100 | $2.21 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air purifiers hepa filters | 100 | - |
| permanent hepa air purifier | 100 | $4.11 |
| hepa filter purifier | 100 | $12.62 |
| cadr ratings air purifiers | 100 | - |
| air purifire | 100 | $2.68 |
| care 2000 air purifier | 100 | $1.95 |
| hepa purifiers | 100 | $0.37 |
| airocide reviews | 100 | - |
| hepa whole house air cleaner | 100 | - |
| air purifiers for pet hair | 100 | $5.36 |
| air purifiers in school iaq | 100 | - |
| hepa filter air | 100 | $2.42 |
| allergy air cleaners | 100 | $2.46 |
| blueair 403 review | 100 | - |
| air purifier smoking | 90 | - |
| blueair 403 air purifier | 90 | $1.85 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| what is the best air purifier for cigarette smoke | 85 | - |
| healthpro compact | 85 | - |
| what is the best air purifier for mold | 80 | $5.93 |
| air purification machine | 80 | $5.81 |
| whole home air purifiers | 80 | $1.65 |
| the best air filters for home | 80 | $2.39 |
| air filtration for home | 80 | $6.08 |
| best hepa air cleaner | 80 | $2.43 |
| best house air filter | 80 | $2.09 |
| air purifier for work desk | 80 | - |
| best airfilter | 80 | - |
| what is the best air cleaner | 80 | $6.87 |
| home air filtering systems | 80 | - |
| dyson pure hot cool hp04 | 80 | - |
| iq health pro | 80 | $2.63 |
| air purifier house | 80 | $10.08 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| smokers air filter | 80 | $1.88 |
| best air purifier consumer report | 80 | $5.64 |
| austin air hm400 filter | 80 | $3.41 |
| clean air machines | 80 | $3.01 |
| mini air purifier for office | 80 | - |
| top rated air purifiers for allergies | 80 | $1.01 |
| what is the best air purifier on the market | 80 | $7.13 |
| best air purifier hepa | 80 | $1.26 |
| air purifier air purifier | 75 | $0.11 |
| plasma wave air purifier | 75 | $2.78 |
| air purifieer | 70 | - |
| best indoor air cleaner | 70 | $6.80 |
| aire purifier | 70 | $1.66 |
| iqair healthpro plus air purifier review | 70 | - |
| air prufier | 70 | $5.49 |
| air purifiers ionizers | 70 | $3.05 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air cleaner and humidifier | 70 | $1.65 |
| high quality air purifier home | 70 | - |
| pure and clear air purifier | 70 | $3.84 |
| consumer report air cleaner | 70 | - |
| which air purifier is best | 70 | $1.58 |
| hepafilters | 70 | $2.46 |
| top air filters for home | 70 | $4.47 |
| air oasis air purifier reviews | 70 | - |
| desktop air purifier cubicle | 70 | - |
| big air purifier | 70 | $5.62 |
| the best room air purifier | 70 | $3.62 |
| home air cleaner reviews | 70 | $3.00 |
| kitchen air cleaner | 70 | $6.22 |
| silent air cleaner | 70 | - |
| residential air purifier | 70 | $2.11 |
| best room air cleaner | 70 | $1.62 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| best home hepa air purifier | 70 | $8.92 |
| what are the best air filters | 70 | - |
| air cleanser | 70 | - |
| personal air filters | 70 | $0.60 |
| spa-780a | 70 | $0.35 |
| air cleaner allergies | 70 | - |
| air purifier for office desk | 70 | - |
| best hepa air purifier for mold | 70 | $2.41 |
| air purifier hepa filters | 70 | $4.32 |
| healthmate austin air | 70 | $3.61 |
| best residential air purifiers | 70 | - |
| commercial air purification | 65 | $8.28 |
| healthpro plus | 65 | $3.36 |
| best air cleaner for pets | 65 | $6.92 |
| ion filters | 65 | $1.31 |
| filter for cigarette smoke | 65 | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| ion air cleaners | 60 | $1.36 |
| air purifiers and mold | 55 | - |
| best tower air purifier | 55 | $2.21 |
| air filter cigarette smoke | 55 | - |
| ratings for air purifiers | 55 | - |
| whole home air cleaners | 55 | $1.75 |
| air purifier smokers | 55 | $1.08 |
| silent hepa air purifier | 55 | $12.83 |
| air purifi | 55 | $7.03 |
| portable air cleaners home | 55 | - |
| air cleaner hepa | 55 | $3.20 |
| which is the best air purifier | 55 | $2.07 |
| air purifiers rated | 55 | $3.56 |
| small air cleaners | 55 | $1.35 |
| smoke filter for home | 55 | $1.61 |
| filter hepa | 55 | $2.00 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air purifier scams | 55 | - |
| hepa filters home | 55 | - |
| best rated home air purifiers | 55 | $1.60 |
| office desk air purifier | 55 | - |
| ratings air purifiers | 55 | - |
| air prifier | 55 | $5.02 |
| pet purifier | 55 | $0.94 |
| desktop air purifier for office | 55 | - |
| large room air purifiers | 55 | $1.11 |
| air purifiers filters | 55 | $2.22 |
| air cleaners whole house | 55 | - |
| small air purifier for office | 55 | $0.71 |
| air puifier | 55 | $11.85 |
| air filters best | 55 | $1.67 |
| air purifier ion | 55 | $5.50 |
| home air filter systems | 55 | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air purifier and mold | 55 | - |
| austin hepa air purifier | 55 | $1.11 |
| office air cleaner | 55 | $3.34 |
| air purif | 55 | - |
| hepa home filters | 55 | - |
| best hepa air cleaners | 55 | - |
| air cleaner cigarette smoke | 55 | - |
| air purifier cleaner | 55 | $1.54 |
| panasonic air purifiers | 55 | $0.86 |
| air treatment system | 55 | $2.79 |
| hepa carbon air purifier | 55 | $6.79 |
| air purifir | 55 | - |
| air filtration for dental offices | 50 | - |
| cigarette smoke air filter | 50 | $0.87 |
| central air purifiers | 50 | - |
| air purifiers sale | 50 | $4.03 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air purifiers rating | 48 | - |
| air o swiss air purifier | 44 | $1.62 |
| filters for allergies | 42 | $1.40 |
| holmes air purifier hepa type reviews | 40 | - |
| mold air filters | 40 | $2.00 |
| air cleaners home | 40 | - |
| air filter pollen | 40 | $1.11 |
| air hepa purifier | 40 | $0.82 |
| air-purifier | 40 | - |
| what are the best air purifiers for allergies | 40 | - |
| room air purifiers reviews | 40 | $2.37 |
| alencorp.com | 40 | - |
| allergen purifier | 40 | $2.25 |
| top rated air cleaners | 40 | $0.53 |
| in house air filters | 40 | $7.90 |
| blueair air purifier reviews | 40 | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| quality air purifiers | 40 | $1.85 |
| worlds best air purifier | 40 | - |
| best hepa air purifier for asthma | 40 | $0.96 |
| airmega 400s vs | 40 | - |
| pure air air purifier | 40 | $0.79 |
| home hepa air filter | 40 | $1.75 |
| which air filter is best for the home | 40 | $5.23 |
| air cleaner hepa filter | 40 | $7.45 |
| air cleaner indoor | 40 | $7.02 |
| best air purifiers for pet hair | 40 | $0.60 |
| air putifier | 40 | $11.00 |
| smoke air filters | 40 | $1.19 |
| filtrete air purifiers | 40 | $1.68 |
| hepa filters for allergies | 40 | - |
| air purifier in home | 40 | - |
| air purifier stores | 40 | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| smoke air cleaners | 40 | $6.54 |
| air purrifier | 40 | - |
| tobacco smoke filter | 40 | - |
| tower hepa air purifier | 40 | $4.00 |
| air cleaners for cigarette smoke | 40 | - |
| hepa air purifier filters | 40 | $1.55 |
| air purifires | 40 | - |
| in home air filters | 40 | $5.23 |
| recommended air purifiers for allergies | 40 | - |
| indoor air cleaners | 40 | $2.71 |
| air purifirer | 40 | - |
| best rated room air purifiers | 40 | $3.71 |
| austin air purifiers reviews | 40 | - |
| hepa air purifier filter | 40 | $0.61 |
| portable air purifiers home | 40 | - |
| which air purifier | 40 | $3.61 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| winix true hepa air cleaner with plasmawave technology | 40 | - |
| home hepa air filters | 40 | - |
| best residential air purifier | 40 | $9.48 |
| who makes the best air purifier | 40 | $4.79 |
| whole house air purifiers consumer reports | 40 | - |
| air filters for home use | 40 | - |
| best hepa air filter for allergies | 40 | - |
| portable air filter system | 40 | - |
| air purifier top rated | 40 | $2.84 |
| do air purifiers remove mold spores | 40 | $9.66 |
| pollen filters | 38 | $0.94 |
| best portable air cleaner | 36 | $6.26 |
| air purifier rated | 36 | - |
| amaircare roomaid air purifier | 34 | - |
| air o swiss purifier | 32 | - |
| air purification system for dental office | 32 | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| hepa room air filter | 30 | $2.04 |
| best rated air cleaners | 30 | $2.14 |
| best office purifier | 28 | - |
| hepa room air cleaners | 28 | - |
| what is the best air purifier to buy | 28 | - |
| best residential air filters | 28 | - |
| pure air purifiers | 28 | $1.32 |
| spaceguard air cleaner | 28 | - |
| best air cleaner for home | 28 | $2.10 |
| air purifiers for office | 28 | $3.21 |
| whole house air cleaners reviews | 28 | - |
| air purifiers reviews consumer reports | 28 | - |
| hepa air purifiers for allergies | 28 | $6.54 |
| air filtter | 28 | - |
| air puifiers | 28 | $6.03 |
| air purifier effectiveness | 28 | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| best air purifier for smoke odor | 28 | $0.45 |
| hep filter | 28 | - |
| what is a good air filter for home | 28 | - |
| home purifiers | 28 | $0.80 |
| best room air filter hepa | 28 | - |
| best air cleaners for allergies | 28 | $7.70 |
| friedrich c 90a air purifier | 28 | - |
| fpn40cx | 28 | $0.54 |
| best air purifier in the world | 28 | $2.87 |
| air purufier | 28 | - |
| best hepa air purifiers for allergies | 28 | - |
| panasonic air cleaner | 28 | $3.78 |
| air purifiers cleaners | 28 | - |
| air purification units | 28 | $7.87 |
| air puri | 28 | $5.47 |
| room hepa air purifier | 28 | $1.97 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air purifiet | 28 | - |
| best room air purifier for dust | 28 | - |
| air purifier in store | 28 | $13.05 |
| quadra silent air purifier | 28 | $0.40 |
| home air cleaners reviews | 28 | - |
| best location for air purifier | 28 | - |
| home hepa air purifiers | 28 | $3.04 |
| air purifiers hepa filter | 28 | $3.85 |
| where to get air purifier | 28 | - |
| top 10 hepa air purifiers | 28 | $5.68 |
| what air purifier to buy | 28 | - |
| air purifiier | 28 | - |
| air filter machine for home | 28 | $1.31 |
| what is the best hepa air purifier to buy | 28 | - |
| air purifiers home | 28 | $1.61 |
| air purifiers for desk | 28 | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air cleaners rating | 28 | - |
| desk size air purifier | 28 | - |
| hepa air cleaners for home | 28 | $5.90 |
| smoke filtration | 28 | $1.00 |
| hepa filter air purifiers | 28 | $1.44 |
| portable air cleaner reviews | 28 | $7.03 |
| air purifier top | 28 | $3.81 |
| air purifiers usa | 28 | $14.84 |
| what is the best air purifier for smoke | 28 | $8.97 |
| best air purifier for tobacco smoke | 24 | - |
| cubicle air purifier | 24 | $8.54 |
| highest rated room air purifiers | 24 | - |
| air purifiers in the classrooms | 24 | - |
| best rated hepa air purifier | 24 | $0.96 |
| sharp air cleaner | 24 | $0.96 |
| air cleaner whole house | 24 | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| best allergy air filters | 24 | - |
| hepa air filtration systems home | 24 | - |
| rabbit air purifier review | 24 | - |
| hepa room air cleaner | 24 | $2.28 |
| are air purifiers good for schools | 24 | - |
| office air purification | 24 | - |
| dust removing air purifiers | 24 | - |
| indoor air purification systems | 24 | - |
| household air cleaners | 24 | $0.14 |
| austin jr air purifier | 24 | $5.75 |
| blueair hepasilent 455eb | 24 | - |
| bacteria air purifier | 24 | $9.49 |
| office air filters | 24 | $3.52 |
| blue air purifier reviews | 24 | - |
| best deals on air purifiers | 22 | $3.47 |
| air cleaners ratings | 22 | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air mold purifier | 20 | $0.87 |
| friedrich air cleaners | 20 | $0.84 |
| air purifiers room | 20 | - |
| air purifier white | 20 | - |
| air purifier for homes | 18 | $5.95 |
| air filtration in dental office | 18 | - |
| air quality purifier | 18 | $2.95 |
| air filtration systems home | 18 | $8.89 |
| air purifier shop | 18 | $5.86 |
| air purifier mold spores | 16 | $5.60 |
| best air cleaners for dust | 16 | $1.26 |
| top room air purifiers | 16 | $5.79 |
| air purifier services | 16 | $3.21 |
| personal air cleaners | 14 | $0.97 |
| allergies air purifiers | 14 | - |
| pollen air filters | 14 | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air purifier clean | 14 | - |
| air filtration dental office | 14 | - |
| top air cleaner | 12 | $0.74 |
| hepa air purifiers consumer reports | 12 | - |
| ion air purifier review | 12 | - |
| air air purifier | 12 | - |
| surround air air purifier | 12 | $3.27 |
| air purifier airfree | 12 | $3.24 |
| air cleaners consumer reports | 12 | $2.76 |
| home AirPurifier | 12 | - |
| hepa airfilter | 12 | - |
| effective air purifier | 12 | - |
| air purifier for large area | 12 | - |
| air filters for office | 12 | - |
| epa air purifiers | 12 | $0.49 |
| air cleaner best | 12 | $5.55 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| good hepa air purifier | 12 | - |
| austin healthmate junior | 12 | - |
| air supply purifier | 12 | - |
| air cleaner house | 12 | $6.84 |
| hepa whole house filter | 12 | - |
| air cleaner carbon | 12 | $0.19 |
| hepa air purification | 12 | $0.19 |
| hepa air cleaning | 12 | - |
| hepa air filter home | 12 | $2.56 |
| home air purifier ratings | 12 | $2.19 |
| the best air filter for home | 12 | - |
| air air filters | 12 | - |
| best and cheapest air purifier | 12 | - |
| consumer report best air purifier | 12 | $1.93 |
| the best air cleaner | 12 | $0.23 |
| air pufifier | 12 | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| which is the best air purifier for home | 12 | - |
| air purifiers for house | 12 | - |
| buy airmega 400s | 12 | - |
| ionic car purifier | 12 | - |
| electronic air purifiers | 12 | $2.12 |
| air cleaner room | 12 | $2.25 |
| personal air purification | 12 | - |
| top air filter | 12 | $0.79 |
| best hepa air purifier for bedroom | 12 | $6.25 |
| filter purifier | 12 | $1.28 |
| good home air purifier | 12 | $8.40 |
| hamilton beach air purifiers | 12 | $0.52 |
| hepa air filtration systems | 12 | $6.75 |
| best home air cleaner purifier | 12 | - |
| electric air cleaners | 12 | $1.24 |
| air purificator | 12 | $2.29 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| best indoor air purifiers | 12 | - |
| air cleaner air purifier | 12 | $6.99 |
| hepa airfilters | 12 | $7.42 |
| hepa filter air cleaners | 12 | $3.97 |
| air cleanser machine | 12 | $6.13 |
| air prifiers | 12 | - |
| air purifier dubai | 12 | - |
| ultraviolet air cleaners | 12 | $1.11 |
| air purifier that removes odors | 12 | $5.52 |
| best rated hepa air purifiers | 12 | - |
| about air purifier | 12 | - |
| air purifiers for asthma and allergies | 12 | - |
| living air cleaner | 12 | - |
| what is the best air purifier for pet dander | 12 | - |
| air cleaners for asthma | 12 | $3.44 |
| hepa air purification system | 12 | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| best home air purifier system | 12 | - |
| ionic breeze air purifier review | 10 | $0.63 |
| air hepa filter | 9 | $1.82 |
| office purifier | 9 | $3.39 |
| residential air filtration systems | 8 | $10.02 |
| air filters mold | 8 | - |
| air cleaner uv | 8 | $8.06 |
| air filteration system | 7 | $1.44 |
| ionized air cleaners | 7 | - |
| house air purification system | 7 | $2.62 |
| air purifier systems | 7 | $2.29 |
| air purifier for allergy sufferers | 7 | $7.23 |
| air purifiers for home large room | 7 | - |
| rating air purifier | 6 | $1.13 |
| best air purifier for mold and allergies | 6 | - |
| home air cleaning | 6 | $2.11 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| room hepa filters | 6 | $1.41 |
| air purifier for home price | 5 | - |
| best brand of air purifier | 5 | - |
| air purification system for office | 5 | - |
| purifiers air | 5 | $6.89 |
| air purifier ioniser | 4 | $3.87 |
| purifier house | 4 | - |
| best air purifier for allergy | 4 | - |
| rated air purifiers | 4 | $4.67 |
| air purifier cleaners | 4 | - |
| blueair 603 air purifier | 4 | - |
| best air purification | 4 | $5.16 |
| consumer report on air purifiers | 4 | $14.05 |
| air purifier hepa reviews | 4 | $9.11 |
| breeze air purifiers | 3 | $0.84 |
| a good air purifier | 3 | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| hepa air filter purifier | 3 | $6.60 |
| hepa air cleaner review | 3 | $4.69 |
| hepa air filter system | 3 | $6.78 |
| air hepa filters | 3 | $1.87 |
| cost of air purifiers for home | 3 | - |
| air cleaners purifiers | 3 | $1.58 |
| air purifier for | 3 | $4.49 |
| inexpensive air purifiers | 3 | $1.37 |
| air purifiers with hepa | 3 | $1.64 |
| replacement air cleaner | 3 | $0.88 |
| top air purifier brands | 3 | $1.15 |
| air furifier | 3 | - |
| in house air purifiers | 3 | $1.74 |
| airpurefier | 3 | - |
| best house air purifiers | 3 | $6.27 |
| air purifier info | 3 | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| airpurfier | 3 | - |
| best room air cleaner purifier | 2 | - |
| air house purifier whole | 2 | - |
| hayfever air purifier | 2 | - |
| professional air purifying services | 2 | - |
| air purifier without filters | 2 | $3.08 |
| best air purifier for home use | 2 | $3.55 |
| air purifiers for your home | 2 | - |
| best air cleaners for asthma | 2 | - |
| allergen removal air purifier | 2 | - |
| ai purifiers | 2 | - |
| air purifier breeze | 1 | - |
| air filtration for office | 1 | - |
| air cleaners air purifiers | 1 | $1.12 |
| air cleaning device | 1 | - |
| air filter hepa purifier | 1 | $0.75 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| purifier smoke | 1 | - |
| air cleaners house | 1 | - |
| air purifier for office use | 1 | $8.05 |
| air purifier allergy relief | 1 | $5.48 |
| air home purifier | 1 | - |
| air clean purifier | 1 | - |
| the best air purifier for pet dander | 1 | $0.28 |
| hepa air filters for house | 1 | - |
| air filter in office | 1 | - |
| iqairpro | 1 | - |
| air purifier machine for office | 1 | - |
| air buy purifier | - | - |
| living air purifier austin tx | - | - |
| air purifier for asthma and allergy | - | - |
| hepa whole house | - | - |
| slogan_air purifer | - | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| hepa air filters home | - | - |
| air filtration unit for office | - | - |
| MBM Ideal AP60 Pro Air Purifier | - | - |
| air cleaners hepa filter | - | - |
| air air purifiers | - | $27.69 |
| https://www.hammacher.com/produc... and-germ-destroying-air-purifier-650-sq-ft | - | - |
| air purifiers supply | - | - |
| air comparison purifier review | - | - |
| air purifiers filter | - | $2.87 |
| air filtration home system | - | - |
| biozone air cleaner | - | $1.56 |
| air purifier and cleaners | - | $0.42 |
| whirlpool whispure air purifier hepa air cleaner ap51030k review | - | - |
| bemis air purifier humidifier | - | - |
| portable office air filtration systems | - | - |
| air o swiss aos 2071 | - | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| healthpro purifier | - | - |
| airs purifier machine | - | - |
| professional air purifying solution | - | - |
| breeze air cleaners | - | $0.37 |
| blueair 501 purifiers | - | - |
| world best air purifier | - | - |
| asthma air cleaner | - | $1.85 |
| portable air purifiers office | - | - |
| austin purifier air | - | - |
| hepa air filter systems | - | - |
| ac air purification | - | - |
| rabbitair.com | - | $5.10 |
| clarifier air purifiers | - | - |
| commercial office air purifier | - | - |
| air filtration office | - | - |
| what best air purifier | - | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air best home purifier | - | - |
| best office air purifier system | - | - |
| air purifiers indoor | - | - |
| air cleaner air purifiers | - | - |
| portable air cleaners office | - | - |
| high end home AirPurifier | - | - |
| air purifier for mold austin tx | - | - |
| www.airpurifiers.com | - | - |
| neotec air purifiers | - | - |
| air purification professional companies | - | - |
| best air filters for house | - | $1.72 |
| alencorp.com vs blueair.com vs rabbitair.com | - | - |
| Air Cleaning and Purifying Equipment | - | - |
| purezone 3-in-1 true hepa air | - | - |
| do air purifiers work austin tx | - | - |
| room air cleaner purifier | - | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air purification home | - | $6.85 |
| room air purifier rating | - | - |
| Home Air Purifier / Cleaner | - | - |
| air cleaner filter hepa | - | - |
| cleaner air purifier | - | - |
| MBM Ideal Filter Cassette For AP30 Air Purifier | - | - |
| filter hepa purifier | - | - |
| air purifiers machine | - | - |
| biozone 1000 air purifier | - | - |
| 1183054 hepa | - | - |
| filter hepa air | - | - |
| air cleaners whirlpool | - | - |
| air cleaners filter | - | $1.64 |
| air purifier hepa review | - | - |
| top office air purifiers | - | - |
| air purifiers uk | - | $3.40 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| good office air purifier | - | - |
| sila air purifiers | - | - |
| buy air purifier for home | - | - |
| in office air filters | - | - |
| advancedpureair com | - | - |
| purifier hepa air | - | - |
| air hepa purifier reviews | - | - |
| nq air purifier | - | - |
| recommended room air purifiers | - | - |
| air purifier equipment | - | - |
| austin healthmate jr air purifier | - | - |
| air home purifiers | - | - |
| cloud 9 air purifier | - | $5.58 |
| air eater purifier smoke | - | - |
| air air cleaner | - | - |
| high quality air purifier office | - | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| fellowes air purifier review | - | - |
| care air purifier | - | - |
| Airpurification System. | - | - |
| how to clean air purifier austin tx | - | - |
| buy air purifier canada | - | $0.64 |
| air house purifiers | - | - |
| good quality air purifiers | - | - |
| hepa air cleaner purifier | - | - |
| air purifier for dust austin tx | - | - |
| room air purification | - | - |
| f p15hu2 | - | $0.82 |
| best room air filter system | - | - |
| dental lab air purifiers | - | - |
| professional air purification services | - | - |
| office air purifier system | - | - |
| saba air purifiers | - | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air best purifier | - | - |
| air personal purifier | - | - |
| best portable air cleaner for office | - | - |
| air hepa cleaner | - | - |
| simply clean air purifier | - | - |
| air cleaners black friday | - | - |
| 12 volt air purifiers | - | - |
| air cleaners room | - | - |
| air oasis Air Purifiers | - | $0.79 |
| best portable air cleaner for home | - | - |
| best air purifier for smoke austin tx | - | - |
| pure enrichment purezone 3-in-1 true hepa air purifier | - | - |
| air purifying firm | - | - |
| systems for air purification | - | - |
| smoke air purifier austin tx | - | - |
| domestic air purifier | - | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air cleaners uv | - | $2.43 |
| highest rated office air purifiers | - | - |
| air puifier\ | - | - |
| air purification serves | - | - |
| smoke air purifier reviews | - | - |
| air purifier air | - | - |
| air purifier products | - | $4.81 |
| air house purifier | - | - |
| homedics total clean personal air sanitizer review | - | - |
| air purifiers america promo codes | - | - |
| room air purifier austin tx | - | - |
| air purifiers for smoke austin tx | - | - |
| friedrich purifiers | - | - |
| filters blueair 601 | - | - |
| system for air purification | - | - |
| emerson air cleaner | - | $1.58 |

| Keyword | Volume | CPC (B) |
|---|---|---|
| best home air purifier austin tx | - | - |
| air purifier in dubai | - | - |
| air cleaners hepa | - | - |
| for sale air purifier | - | $1.71 |
| top-air-purifier-reviews.org | - | - |
| service for air purification industrial | - | - |
| air purifier videos austin tx | - | - |
| prem-i-air hepa air purifier | - | - |
| mbm air purifiers | - | - |
| which is best air purifier for the home | - | $6.37 |
| air cleaner air filter | - | $1.30 |
| looking for a good air purifier | - | - |
| blueair pure 211 | - | - |
| hepa filtering | - | $3.19 |
| air filters asthma | - | - |
| neoair air purifier | - | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| air purifier smoke austin tx | - | - |
| envirocare air purifiers | - | - |
| clean air machine for office | - | - |
| a350 air purifier | - | $0.30 |
| lifewise ultra air purifier | - | - |
| air purifiers for your office | - | - |
| air purifier minneapolis | - | - |
| friedrich c90a air cleaner | - | - |
| air air cleaner purifier | - | - |
| whole house air purifier installation | - | $14.76 |
| which is the best air purifier for office | - | - |
| commercial hepa hvac air purifier | - | - |
| gc multigas air purifier | - | - |
| air living purifier | - | $0.34 |
| hepa filter filters | - | $1.41 |
| filters hepa | - | $2.01 |

| Keyword | Volume | CPC (B) |
| --- | --- | --- |
| blueair air purifier canada | - | - |
| flair purifier | - | - |
| need home air filtration | - | - |
| air purifiers products | - | - |
| air cleaner home purifier | - | - |
| 10 air purifiers top | - | - |
| highest rated home air purifiers | - | $5.47 |
| shop for air purifiers | - | - |
| the best air cleaners for homes | - | - |
| air healthmate purifier | - | - |
| air indoor purifier | - | - |
| electronic air purification | - | - |
| air hepa cleaners | - | - |
| welding air cleaners | - | - |
| air purifier air cleaner | - | $5.77 |
| Room Air Purifier / Cleaner | - | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| which is best air purifier for the office | - | - |
| air cleaner hepa filters | - | - |
| air filter machine for office | - | - |
| air cleaners purifier | - | $9.84 |
| MBM Ideal AP30 Air Purifier | - | - |
| air purifier with hepa filter reviews | - | $8.67 |
| best rated office air purifier | - | - |
| whirlpool ap45030r air cleaner | - | - |
| wynd personal air purifier | - | - |
| air purifier for fire | - | - |
| industrial air purifier companies | - | - |
| hepa air purifier rating | - | - |
| does a air purifier help allergies | - | - |
| find air purifiers | - | $6.46 |
| air cleaners comparisons | - | - |
| non vented air filtration | - | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| blueair blue pure 411 genuine replacement filter | - | - |
| portable air filtration units | - | - |
| airpurifier machine | - | - |
| sick building syndrome hepa air purifier for office | - | - |
| metal cutting air cleaners | - | - |
| the best air purifier austin tx | - | - |
| air buying purifier | - | - |
| consumer report air cleaners | - | - |
| purification air systems | - | - |
| air cleaner for home austin tx | - | - |
| coway airmega 300s review | - | - |
| and air purifiers | - | - |
| air office purifier | - | - |
| the air purifier | - | - |
| air cleaner consumer reports | - | - |
| air cleaners filter hepa | - | - |

| Keyword | Volume | CPC (B) |
|---|---|---|
| portable air cleaner home suppliers | - | - |
| air filtration hepa | - | $1.96 |
| consumer reports top rated air purifier | - | - |
| air purifier and heaterchattanooga | - | - |
| for air purifiers | - | - |
| best air purifier for allergies austin tx | - | - |
| air best purifier room | - | - |
| on air cleaner | - | - |
| air flair purifier | - | - |
| portable air cleaner home | - | - |
| best air purifier for mold austin tx | - | - |
| air purifiers biozone | - | - |
| beest air purifiers | - | - |
| what is the best air purifier austin tx | - | - |
| comparison air cleaner | - | - |
| air purifier air filter | - | $5.32 |

| Keyword | Volume | CPC (B) |
| --- | --- | --- |
| living air cleaners | - | $3.19 |
| austinair healthmate | - | $3.63 |
| air cleaner purifiers | - | - |
| air best purifiers rated | - | - |

Show rows 20 Start at Row: Displaying Rows: 1 - 945 of 945 rows