# EXHIBIT A

# EXHIBIT A

## SCOTT D. SWAIN

Clemson University
Powers Distinguished Fellow
Department of Marketing
326E Wilbur O. and Ann Powers College of Business
225 Walter T. Cox Blvd.
Clemson, SC 29634-1325

### EDUCATION

Ph.D.   *University of South Carolina*, Moore School of Business
Major Field: Marketing (2002)

MBA   *University of South Carolina*, Moore School of Business
Concentration: Finance (1996)

B.S.   *Clemson University*, College of Engineering
Major: Electrical Engineering (1991)

B.S.   *Francis Marion University*, College of Liberal Arts
Major: Physics (1991)

### ACADEMIC APPOINTMENTS

Clemson University, Powers College of Business
Powers Distinguished Fellow, August 2012 – present
Professor of Marketing, August 2021 – present
Associate Professor of Marketing, August 2016 – May 2021
Assistant Professor of Marketing, July 2013 – May 2016

Dartmouth College, Tuck School of Business
Visiting Associate Professor of Marketing, March 2021 – June 2021

Northeastern University, D'Amore-McKim School of Business
Assistant Professor of Marketing, January 2009 – May 2013

Boston University, Questrom School of Management
Assistant Professor of Marketing, August 2002 – December 2008

University of South Carolina, Moore School of Business
Graduate Assistant and Instructor, August 1998 – Spring 2002

1

RESEARCH

Publications: peer reviewed journals

Kirk, Colleen, Joann Peck, and Scott D. Swain (2018), "Property Lines in the Mind: Consumers' Perceptions of Infringement and Their Territorial Responses," *Journal of Consumer Research*, 45 (1), 148-168. [second two authors contributed equally]

Swain, Scott D. and B. Andrew Cudmore (2018), "The Human Hand and Technology Adoption," *Journal of Management and Engineering Integration*, 11 (1), 46-53.

Carlson, Jay P., Danny Weathers, and Scott D. Swain (2016), "Consumer Responses to Bonus Pack and Product Enlargement Claims," *Journal of Marketing Theory and Practice*, 24 (1), 59-71.

Swain, Scott D. and B. Andrew Cudmore (2016), "How Players Respond to Monetary Incentives in Online Poker Promotions," *Journal of Management and Engineering Integration*, 9 (1), 93-100.

Korschun, Daniel, C.B. Bhattacharya, and Scott D. Swain (2016), "CSR and the Frontline Context: How Social Programs Improve Customer Service," *GfK Marketing Intelligence Review*, 8 (1), 24-29. [authors contributed equally].

Hanna, Richard C., Scott D. Swain, and Paul D. Berger (2016), "Optimizing Time-Limited Price Promotions," *Journal of Marketing Analytics*, 4 (2), 77-92. [authors contributed equally]

Kirk, Colleen, Scott D. Swain, and James E. Gaskin (2015), "I'm Proud of It: Consumer Technology Appropriation and Psychological Ownership," *Journal of Marketing Theory and Practice*, 23 (2), 166-184. [first two authors contributed equally]

Kirk, Colleen, Bernard McSherry, and Scott D. Swain (2015), "Investing the Self: The Effect of Nonconscious Goals on Investor Psychological Ownership," *Journal of Behavioral and Experimental Economics*, 58 (October), 186-194. [authors contributed equally] Winner, *Bright Idea Award* (best journal article in business in 2015), awarded by Seton Hall and the NJ Policy Research Organization Foundation.

Weathers, Danny, Scott D. Swain, and Igor Makienko (2015), "When and How Should Retailers Rationalize the Size and Duration of Price Discounts?," *Journal of Business Research*, 68 (12), 2610-2618. [authors contributed equally]

Weathers, Danny, Scott D. Swain, and Varun Grover (2015), "Can Online Product Reviews be More Helpful? Examining Characteristics of Information Content by Product Type," *Decision Support Systems*, 79 (November), 12-23. [first two authors contributed equally]

Korschun, Daniel, C.B. Bhattacharya, and Scott D. Swain (2014), "Corporate Social Responsibility, Customer Orientation, and the Job Performance of Frontline Employees," *Journal of Marketing*, 78 (3), 20-37. [AMA-EBSCO Annual Award for Responsible Research in Marketing, nominee]

Swain, Scott D., Paul D. Berger, and Bruce D. Weinberg (2014), "The Customer Equity Implications of Using Incentives in Acquisition Channels: A Nonprofit Application," *Journal of Marketing Analytics*, 2 (1), 1-17. [lead article]

Swain, Scott D., B. Andrew Cudmore, and Danny Weathers (2012), "Communicating Innovations in Product Safety: When Labels Signal Greater Manufacturer Responsibility," *Journal of Management and Engineering Integration*, 5 (Winter), 58-65.

Weathers, Danny, Scott D. Swain, and Jay P. Carlson (2012), "Why Consumers Respond

2

Differently to Absolute versus Percentage Descriptions of Quantities," *Marketing Letters*, 23 (4), 947-953. [authors contributed equally]

Isaacson, Bruce, Jonathan D. Hibbard, and Scott D. Swain (2012), "Three Critical Questions to Evaluate Intellectual Property Surveys," *Intellectual Property Today*, September 12, 1-5. [authors contributed equally]

Swain, Scott D. and B. Andrew Cudmore (2011), "Conditional Indirect Effects of Corporate Social Responsibility Cues on Purchase Intentions," *Journal of Management and Engineering Integration*, 4 (Winter), 92-100.

Kim, Stephen K., Jonathan D. Hibbard, and Scott D. Swain (2011), "Commitment in Marketing Channels: Mitigator or Aggravator of the Effects of Destructive Acts?," *Journal of Retailing*, 87 (4), 521-539. [authors contributed equally]

Onyemah, Vincent, Scott D. Swain, and Richard C. Hanna (2010), "A Social Learning Perspective on Sales Technology Adoption and Sales Performance: Preliminary Evidence from an Emerging Economy," *Journal of Personal Selling & Sales Management*, 30 (2), 131-142. [authors contributed equally]

Isaacson, Bruce, Jonathan D. Hibbard, and Scott D. Swain (2008), "Why Online Surveys Can Be a Smart Choice in Intellectual Property Cases," American Bar Association, *Intellectual Property Law Newsletter*, 26 (Spring), 1-15. [authors contributed equally]

Swain, Scott D., Danny Weathers, and Ronald W. Niedrich (2008), "Assessing Three Sources of Misresponse to Reversed Likert Items," *Journal of Marketing Research*, 45 (February), 116-131.

Niedrich, Ronald W. and Scott D. Swain (2008) "The Effects of Exposure-Order and Market Entry-Information on Brand Preference: A Dual Process Model," *Journal of the Academy of Marketing Science*, 36 (September), 309-321.

Swain, Scott D., Tim Silk, and Laura Smarandescu (2007), "Playing the Cards: The Impact of Monetary Format on Consumer Spending," *Builders and Leaders*, Spring, 22-28.

Berger, Paul D., Richard C. Hanna, Scott D. Swain, and Bruce D. Weinberg (2007), "The Great Potential Benefits of Vertical Cooperative Advertising," *Advertising Express*, 7 (February), 7-11. [cover article].

Dong, Weimin, Scott D. Swain, and Paul D. Berger (2007), "The Role of Channel Quality in Optimal Allocation of Acquisition and Retention Spending," *Journal of Business Research*, 60 (December), 1243-1252.

Berger, Paul D., Richard C. Hanna, and Scott D. Swain (2006), "Collaborative Filtering: The Potential to Increase Advertising Efficiency," *Advertising Express*, 6 (May), 11-14.

Swain, Scott D., Richard C. Hanna, and Lisa J. Abendroth (2004), "Buying Time: The Consumer Psychology of Time Limits," *Builders and Leaders*, Fall, 26-27.

Niedrich, Ronald W. and Scott D. Swain (2003) "The Influence of Pioneer Status and Experience Order on Consumer Brand Preference: A Mediated-Effects Model," *Journal of the Academy of Marketing Science*, 31 (Fall), 468-480.

Publications: scholarly books and chapters

Swain, Scott D. and Colleen Kirk (2018), "Consumer Psychological Ownership of Digital Technologies," in *Psychological Ownership and Consumer Behavior*, eds. Joann Peck and Suzanne Shu, New York: Springer, 69-90.

Hanna, Richard C., Scott D. Swain, and Jason Smith (2016), *Email Marketing in a Digital World: The Basics and Beyond*, Business Expert Press, New York, NY.

Swain, Scott D. (2011), "Prize Indemnification," in *Encyclopedia of Sports Management and Marketing*, Linda E. Swayne, Mark Dodds, and J. Geoffrey Golson, eds. Los Angeles: Sage, 1187-1188.

Swain, Scott D. (2011), "Probability Sales Promotions," in *Encyclopedia of Sports Management and Marketing*, Linda E. Swayne, Mark Dodds, and J. Geoffrey Golson, eds. Los Angeles: Sage, 1190-1191.

Swain, Scott D. (2011), "Promotional Risk Management," in *Encyclopedia of Sports Management and Marketing*, Linda E. Swayne, Mark Dodds, and J. Geoffrey Golson, eds. Los Angeles: Sage, 1220-1221.

Berger, Paul D., Richard C. Hanna, Scott D. Swain, and Bruce D. Weinberg (2010), "Configurators/Choiceboards: Uses, Benefits, and Analysis of Data," in *Encyclopedia of E-Business Development and Management in the Global Economy*, In Lee, ed. IGI Publishing, 428-435.

Berger, Paul D., Richard C. Hanna, and Scott D. Swain (2007), "Collaborative Filtering: Advertising Efficiency," in *Media and Advertising Management - New Trends*, Sabyasachi Chatterjeem, ed. Hyderabad: ICFAI University Press, 105-111.


Conferences and Technical Series

Swain, Scott D. and Danny Weathers (2021), "Spatial Expressions and Consumer Perceptions of Quantity," *27th Association of Marketing Theory and Practice Proceedings*, Virtual: Association for Marketing Theory and Practice, [extended abstract, presentation], March 18-20.

Swain, Scott D. and Danny Weathers (2021), "Re-envisioning a Masters of Science in Marketing Degree," *27th Association of Marketing Theory and Practice Proceedings*, Virtual: Association for Marketing Theory and Practice, [extended abstract, presentation], March 18-20.

Swain, Scott D. (2021), "Consumer Responses to Serendipity Narratives," *27th International Conference on Industry, Engineering, and Management Systems*, Virtual: Association for Industry, Engineering, and Management Systems, [presentation], March 15-17.

Swain, Scott D. and Danny Weathers (2021), "Reframing Extreme Magnitudes," *27th International Conference on Industry, Engineering, and Management Systems*, Virtual: Association for Industry, Engineering, and Management Systems, [presentation], March 15-17.

Swain, Scott D., Oswald Harris King, IV, Ally Ault, Lucas Ball, Jack Enright, and Aleksanska K. Shtompil (2020), "Measuring the Perceived Intensity of Rivalries," *26th International Conference on Industry, Engineering, and Management Systems*, Clearwater Beach, FL: Association for Industry, Engineering, and Management Systems, [presentation], March 15-18.

Korschun, Daniel, Hoori Rafieian, Anubhav Aggarwal, and Scott D. Swain (2019). "Taking a Stand: Consumer Responses When Companies Get (Or Don't Get) Political," *Proceedings of the 41st ISMS Marketing Science Conference* (*INFORMS*), eds. Tülin Erdem, Russ Winer, Alberto Pezzi, and Luca Petruzzellis, University of Roma Tre, Rome, Italy: Institute for Operations Research and the Management Sciences (ISBM), [abstract, presentation], June 20-22.

Swain, Scott D., Oswald Harris King IV, Lucas Ball, Bailey Bottini, Tanner Dieterich, Connor Enright, Olivia Pescatore, James Ruddy, Brad Uscilla, Bailey Whetter, and

4

Cameron Zavaski (2019), "Rivalries as Relational Schemas," *Focus on Creative Inquiry*, Clemson University [poster, presentation], April 1-2.

Swain, Scott D. (2019), "Misresponse and its Consequences," *25th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 17-19.

Swain, Scott D. and Matthew Kosniewski (2019), "Consumer Responses to Companies' Political Stances," *25th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 17-19.

Cudmore, B. Andrew and Scott D. Swain (2019), "The Influence of CSR-focus and CSR-innovativeness on Perceived Brand Image of Innovative Firms," *25th International Conference on Industry, Engineering, and Management Systems*, Clearwater Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 17-19.

Swain, Scott D., Richard C. Hanna, and B. Andrew Cudmore (2018), "Managing Digital Promotions to Account for the Dual Effects of Time Limits on Customer Response," *24th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 19-21.

Cudmore, B. Andrew, Scott D. Swain, Alexei Rakowitsch, and Titas Vainauskas (2018), "The Influence of Coach Gender and Athletic Skill on the Athlete Attitude and Motivation," *24th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 19-21.

Cudmore, B. Andrew, Scott D. Swain, and Samantha Porter (2018), "The Role of Length and Ambiguity of Movie Trailers on Customer Attitudes and Intentions to Attend the Movie," *24th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 19-21.

Kirk, Colleen, Scott D. Swain, and Joann Peck (2017), "When and How Consumers Defend Their Psychological Possessions," in *Advances in Consumer Research*, Vol. 45, eds. Ayelet Gneezy, Vlad Griskevicius, and Patti Williams, San Diego, CA: Association for Consumer Research. [abstract, poster presentation] October 26-29.

Swain, Scott D., Richard C. Hanna, and B. Andrew Cudmore (2017), "Using Clickstream Analysis to Examine In-store Technology Appropriation Among Wine Shoppers," *23nd International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 20-22.

Swain, Scott D. and Richard C. Hanna (2017), "Optimal Time Limits for Online Promotions: Balancing Customer Awareness and Urgency" *Proceedings of the American Marketing Association Winter Educator's Conference*, eds. Chandy, Rajesh, Jeffrey Inman, and Christine Moorman, Orlando, FL: American Marketing Association. [paper, presentation]. February 17-19.

Kirk, Colleen, Joann Peck, and Scott D. Swain (2017), "When is an Incursion an Infringement? Consumers' Contingent Territorial Responses for Psychologically Owned Targets," *Workshop on The Future of Ownership Research*, eds. Bernadette Kamleitner, Monika Koller, Joann Peck, and Stephan Dickert, WU Vienna University of Economics

and Business. 98-102. [abstract, presentation] July 7-8.

Cudmore, B. Andrew, Jim Sparks, Scott D. Swain, and Enrique Perez (2017), "The Influence of a Firm's CSR Innovativeness and CSR Focus on Customer Attitudes," *23nd International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 20-22.

Kirk, Colleen, Joann Peck, and Scott D. Swain (2017), "Property Lines in the Mind: Consumers' Perceptions of Infringement and their Territorial Responses," *SCP-JACS Collaborative Conference*, eds. Akira Shimizu, Kaichi Saito, Satoko Suzuki, and Jeffrey Inman, Society for Consumer Psychology and Japan Association for Consumer Studies, Tokyo, Japan. May 18-19. [presentation]

Cudmore, B. Andrew, Jim Sparks, and Scott D. Swain (2017), "The Moderating Role of CSR Focus on Consumer Responses to the CSR Initiatives of Low and High Ability Firms," *23nd International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 20-22.

Kirk, Colleen, Joann Peck, and Scott D. Swain (2017), "Consumers' Emotional and Territorial Responses to Perceived Infringements of Psychologically Owned Targets," *SCP Boutique Conference on Motivation, Emotion, and How They Interact*, eds. Juliano Laran, Oscar Moreno, Keith Wilcox, New York, NY: Society for Consumer Psychology. [presentation] June 7-8.

Kirk, Colleen, Scott D. Swain, and Joann Peck (2017), "Hey, That's Mine! The Effect of Others' Psychological Ownership Signals on Consumers' Territorial Responses," in *Proceedings of the Society for Consumer Psychology*, eds. Katherine White and On Amir, San Francisco, CA: Society for Consumer Psychology. [paper, presentation] Feb 16-18.

Swain, Scott D., B. Andrew Cudmore, and Jonathan D. Hibbard (2016), "Impact of Mixed Retail Experiences on Consumer Impressions of Salespersons," *22nd International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 14-16.

Kirk, Colleen and Scott D. Swain (2016), "The Value in Lurking: The Effect of a Mere Communication Opportunity on Consumers' Psychological Ownership and Valuation of Digital Content," *Proceedings of the American Marketing Association Winter Educators' Conference*, eds. Charles F. Hofacker and Thorsten Hennig-Thurau, Las Vegas, NV: American Marketing Association, C94-C95. [paper, presentation] February 26-28. Winner, AMA Best Paper in Consumer Behavior Track

Hibbard, Jonathan D., Scott D. Swain, and Richard C. Hanna (2016), "Impact of Cross-Functional Team Projects on Student Performance in Functional Courses," *Marketing Management Association Fall Educator's Conference Proceedings*, eds. Lisa Lindgren and Brent Smith, Providence, RI: Marketing Management Association, 120-121. [paper, presentation] September 14-16.

Swain, Scott D. and B. Andrew Cudmore (2016), "The Challenges of Being Different at Making a Difference," *22nd International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 14-16.

Noyes, Jamie, Colleen P. Kirk, Joann Peck, Scott D. Swain, and Yasmine Kalkstein (2016), "Yours, Mine, or Ours? The Effect of Psychological Ownership Signals on Consumers'

Territorial Responses," *70th Annual Eastern Colleges Science Conference* (ECSC), Springfield, MA, No. 54. [abstract, presentation] April 2.

Kirk, Colleen, Scott D. Swain, and Joann Peck (2016), "You Stepped on My Toes: When Does Psychological Ownership Lead to Territorial Responses?," in *Advances in Consumer Research*, Vol. 44, eds. Page Moreau and Stefano Puntoni, Berlin, Germany: Association for Consumer Research, 743-743. [abstract, poster presentation] October 27-30.

Cudmore, B. Andrew, Scott D. Swain, and Chris Sonnenberg (2016), "Online Poker: Motivations for Online versus Casino Poker Gambling," *22nd International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 14-16.

Noyes, Jamie, Colleen P. Kirk, Joann Peck, Scott D. Swain, and Yasmine Kalkstein (2016), "Hands Off, It's Mine! Psychological Ownership Signals and Consumers' Retaliatory Behaviors," *Proceedings of the 43rd Annual Northeast Business and Economics Association Conference*, ed. Ramon Vasconcellos, West Point, NY: Northeast Business and Economics Association. [paper, presentation] [authors contributed equally] November 10-12.

Colleen P. Kirk, Scott D. Swain, and Joann Peck (2016), "When Good Fences Make Good Customers: Consumer Responses to Psychological Ownership Signals," *Proceedings of the 43rd Annual Northeast Business and Economics Association Conference*, ed. Ramon Vasconcellos, West Point, NY: Northeast Business and Economics Association. [paper, presentation] [authors contributed equally] November 10-12.

Swain, Scott D., Daniel Korschun, and C.B. Bhattacharya (2015), "When and How Organizational Identification Mediates the Effect of Corporate Social Responsibility on Customer Orientation," in *Proceedings of the American Marketing Association's Winter Educators' Conference*, eds. Tom Brown and Vanitha Swaminathan, San Antonio, TX: American Marketing Association. [abstract, presentation]

Hanna, Richard C., Gary Ottley, Scott D. Swain, and Daniel Qualls (2015), "There's an App for That! An Exploratory Study of How Consumers Search for Wine with the Assistance of Technology," *Bi-Annual Wine Marketing Conference: Innovations and Best Practices*, Vittoriale Degli Italiani, 2015. [presentation]

Bennett, Delancy and Scott D. Swain (2015), "Sports Immersion Tour: Scoring Big Outside the Classroom," *American Marketing Association's Winter Educators' Conference*, eds. Tom Brown and Vanitha Swaminathan, San Antonio, TX: American Marketing Association. [presentation]

Swain, Scott D., B. Andrew Cudmore, and Danny Weathers (2015), "Unhelpful and Unaware of It: A Dyadic Analysis of Online Consumer Reviews," *21st International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation]

Swain, Scott D. and Colleen P. Kirk (2015), "Getting Owned: Systematic and Situational Influences on Consumer Responses to Digital Content," in *Proceedings of the 42nd Annual Northeast Business and Economics Association Conference*, ed. Kang Bok Lee, Jamaica, NY: Northeast Business and Economics Association, 152-155. [paper, presentation]

Mullins, Ryan and Scott D. Swain (2015), "Brand Identity Multiplicity: How Merging Companies Overlook Competing Brand Identities and Hamper Cross-Selling Success," *5th Biennial Enhancing Sales Force Productivity Conference*, Georgia Tech, Scheller

7

College of Business, eds. Goutam Challagalla, Brian Murtha, and Jeff Boichuk. [presentation]

Swain, Scott D., Colleen P. Kirk, and James E. Gaskin (2014), "Putting the Fun in Functionality: Appropriation, Ownership, and Pride," in *Advances in Consumer Research*, Vol. 42, eds. June Cotte and Stacy Wood, Baltimore, MD: Association for Consumer Research, 791-791. [abstract, poster presentation]

Kirk, Colleen P., Bernard McSherry, and Scott D. Swain (2014), "Resistance is Frugal: When Ignoring Nonconscious Goals Affect Psychological Ownership of Investment Decision," in *Advances in Consumer Research*, Vol. 42, eds. June Cotte and Stacy Wood, Baltimore, MD: Association for Consumer Research, 791-791. [abstract, poster presentation]

Borden, Joseph, Colleen P. Kirk, and Scott D. Swain (2014), "I Just Want to Talk: When Website Interactivity Enhances Donor Psychological Ownership in Not-for-profit Organizations," in *Proceedings of the 41st Annual Northeast Business and Economics Association Conference*, ed. Della Lee Sue, West Long Branch, NJ: Northeast Business and Economics Association, 41-43. [paper, presentation] [authors contributed equally]

Kirk, Colleen P., Scott D. Swain, James E. Gaskin (2014), "I'm Proud of It: Consumer Technology Appropriation and Psychological Ownership," in *Proceedings of the Academy of Marketing Science Annual Conference*, eds. Michael W. Obal, Nina Krey, and Christian Bushardt, Indianapolis, IN: Academy of Marketing Science, 643-645. [paper, presentation]

Kirk, Colleen P. and Scott D. Swain (2014), "Not Now, I'm Busy: When Interactivity Undermines Psychological Ownership and Product Valuation," in special session titled "Psychological Ownership: A Concept of Value to the Marketing Field," (Marko Sarstedt and Colleen P. Kirk, co-chairs), *Proceedings of the Academy of Marketing Science Annual Conference*, eds. Brad Carlson and Todd Donavan, Indianapolis, IN: Academy of Marketing Science, 219-224. [extended abstract, presentation]

Kirk, Colleen P., Scott D. Swain, and Richard C. Hanna (2014), "Owning the Intangible: The Roles of Motivational Orientation and Two-Way Communication on Psychological Ownership and Willingness to Pay in New Media," *Proceedings of the American Marketing Association's Winter Educators' Conference*, eds. Gary Hunter and Tom Steenburgh, Orlando, FL: American Marketing Association, C5-C6. [extended abstract, presentation]

Korschun, Daniel, Bhattacharya, C.B., and Scott D. Swain (2013), "Corporate Social Responsibility and the Customer Orientation of Frontline Employees," Proceedings of the *International Marketing Conference* (MARCON), eds. Organizing committee, Calcutta, India: Indian Institute of Management, Calcutta. [presentation] Winner, Best Paper in Conference. [authors contributed equally]

Kirk, Colleen P. and Scott D. Swain (2013), "Interactivity and Psychological Ownership in Consumer Value-Co-Creation," *Proceedings of the Academy of Marketing Science Annual Conference*, eds. Leyland Pitt and Constantine Katsikeas, Monterrey, CA: Academy of Marketing Science. [paper, presentation]

Hanna, Richard C. and Scott D. Swain (2013), "Social Media Game Design: Unintended Effects on Consumer Choice" *Proceedings of the Academy of Marketing Science Annual Conference*, eds. Leyland Pitt and Constantine Katsikeas, Monterrey, CA: Academy of Marketing Science, 286. [abstract, presentation]

Kirk, Colleen P. and Scott D. Swain (2013), "Touching the Intangible: Perceptions of Interactivity and Ownership in New Media," *Proceedings of the American Marketing*

*Association's Winter Educators' Conference*, eds. James Burroughs and Aric Rindfleisch, Las Vegas, NV: American Marketing Association, 464-465. [paper, presentation]

Kirk, Colleen P. and Scott D. Swain (2013), "I'm Proud of It: Consumer Technology Appropriation and Psychological Ownership," *Vienna University of Economics and Business Workshop on Ownership and Decision Making*, Vienna, Austria. [presentation].

Kirk, Colleen P. and Scott D. Swain (2012), "Empowering Digital Information Consumers: The Effects of Self-Efficacy, Optimum Stimulation Level, and Perceived Interactivity on Value in Use," *Proceedings of the Academy of Marketing Science Annual Conference*, eds. Barry J. Babin, Adilson Borges, and Eli Jones, New Orleans, LA: Academy of Marketing Science, 250-253. [paper, presentation]

Swain, Scott D., B. Andrew Cudmore, J. Daniel Wadden (2012), "When Companies Make Customers Feel Guilty," *18th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation]

Bhattacharya, C.B., Daniel Korschun, and Scott D. Swain (2012), "Corporate Responsibility Through the Stakeholder's Looking Glass," *Stakeholder Theory Conference*, Darden School of Business, University of Virginia, Olsson Center for Applied Ethics, Charlottesville, VA, 2012. [presentation]

Cudmore, B. Andrew, Scott D. Swain, Jared Maynard, Semy Makonnen, and Michelle Condjella (2012), "Corporate Social Responsibility: A Package Safety Labeling Context," *18th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation]

Weathers, Danny, Scott D. Swain, and Jay P. Carlson (2012), "Comparing Consumer Reactions to Percentage and Absolute Values: An Analogue Magnitude Encoding Perspective," *Proceedings of the Academy of Marketing Science Annual Conference*, eds. Barry J. Babin, Adilson Borges, and Eli Jones, New Orleans, LA: Academy of Marketing Science, 350-353. [paper, presentation]

Cudmore, B. Andrew, Anthony T. Fischetti, and Scott D. Swain (2012), "Evaluation of a Systematic Manipulation of Cigarette Warning Labels on Consumer Attitudes toward Smoking," *18th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation]

Dean, Christopher, Jasmine Tucker, B. Andrew Cudmore, and Scott D. Swain (2011), "Corporate Image Benefits: The Role of Fair Trade and Charitable Donations in a Coffee Context," *17th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation]

Swain, Scott D. (2011), "Investing in Methodology to Advance Theory," *Academy of Marketing Science Annual Conference,* ed. Mary Conway, Coral Gables, FL: Academy of Marketing Science. [presentation]

Korschun, Daniel, C.B. Bhattacharya, and Scott D. Swain (2011), "When and How Does Corporate Social Responsibility Encourage Customer Orientation?," European School of Management and Technology, *ESMT Technical Series* #11-05

Fombelle, Paul and Scott D. Swain (2011), "The VIP Phenomenon: The Role of Social Comparison in Status-Oriented Experiences," *Northeastern University Research & Scholarship Expo*, Boston, MA. [poster presentation]

Hanna, Richard C., Scott D. Swain, and Jonathan D. Hibbard (2011), "Consumer Responses to Promotional Games in Social Media," *Academy of Marketing Science World Marketing Congress*, eds. Barry J. Babin and Adilson Borges, Reims, France: Academy of Marketing Science, 814. [abstract, presentation]

Williams, Matthew L., Donald P. Wilson, B. Andrew Cudmore, Tinatin Kiguradze, and Scott D. Swain (2011), "Telecommuting: Impacts of Work Environment and Salary on Employee Attitude and Motivation," *17th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation]

Kim, Stephen K., Jonathan D. Hibbard, and Scott D. Swain (2010), "A Study of Dual Effects of Dealer Commitment under Relational Distress," *Academy of World Business Marketing and Management Development Conference*, Oulu, Finland: Academy of World Business Marketing and Management Development. [abstract, presentation]

Swain, Scott D., B. Andrew Cudmore, and Jonathan D. Hibbard (2009), "Order Effects in Retail Service Encounters," *15th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering and Management Systems. [presentation]

Isaacson, Bruce, Scott D. Swain, and Jonathan D. Hibbard (2009), "The Use of Online Surveys in Intellectual Property Litigation," *National Advertising Division Annual Conference*, New York, NY: National Advertising Division. [presentation]

Swain, Scott D., Jonathan D. Hibbard, Richard C. Hanna (2009), "Trademark Infringement: When is Similarity Confusing to Consumers?" in *Academy of Marketing Science World Marketing Congress*, eds. Victoria L. Crittenden, Linda Ferrell, and Göran Svensson: Academy of Marketing Science, 333. [abstract, presentation]

Swain, Scott D., Tim Silk, and Laura Smarandescu (2008), "The Effect of Monetary Format on the Assignment of Windfall Income to Mental Accounts," *Proceedings of the INFORMS Marketing Science Conference*, eds. Chuck Weinberg, Darren Dahl, and Dan Putler, Vancouver, British Columbia, Canada: Institute for Operations Research and the Management Sciences, 83. [paper, presentation]

Papavasileiou, Eleni Zoi, Scott D. Swain, C.B. Bhattacharya (2008), "Consumers' Reactions to Acquisitions of Socially Responsible Companies," in *Marketing and Public Policy Conference Proceedings*, Vol. 18, eds. Ronald P. Hill, John C. Kozup, Charles R. Taylor, Philadelphia, PA: American Marketing Association. [abstract, presentation]

Swain, Scott D., Laura Smarandescu, and Tim Silk (2008), "The Effect of Monetary Format on the Assignment of Windfall Income to Mental Accounts," *72nd Annual Midwest Economics Association Conference*, Chicago, IL: Midwest Economics Association. [presentation]

Swain, Scott D. and Richard C. Hanna (2008), "Emulating Research Firms in the Classroom: Research Practicum Days," Excellence in Marketing Education and Innovative Teaching Track, special session "Creating Value in Marketing Courses," (Richard C. Hanna, chair) in *Proceedings of the Academy of Marketing Science Annual Conference*, eds. Steven P. Brown and Peter A. Dacin, Vancouver, British Columbia, Canada: Academy of Marketing Science, 341. [abstract, presentation]

Swain, Scott D., Tim Silk, and Laura Smarandescu (2008), "The Effect of Monetary Format on the Assignment of Windfall Income to Mental Accounts," in *Proceedings of the Society for Consumer Psychology*, eds. Maria Cronley and Dhananjay Nayakankuppam, New Orleans, LA: Society for Consumer Psychology, 130-133. [paper, presentation]

Weathers, Danny, Scott D. Swain, and Jay P. Carlson (2008), "An Examination of Concreteness and Whole Number Dominance Effects on the Evaluation of Percentage Shipping Charges," in *Proceedings of the Society for Consumer Psychology*, eds. Maria Cronley and Dhananjay Nayakankuppam, New Orleans, LA: Society for Consumer Psychology, 367-368. [paper, presentation]

Swain, Scott D. and B. Andrew Cudmore (2008), "Promotional Response as Swarm Intelligence," *14th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: California State University Press, Stanislaus. [presentation]

Swain, Scott D., Jonathan D. Hibbard, Richard C. Hanna, and B. Andrew Cudmore (2008), "A Signal Detection Approach for Assessing Response Biases in Consumer Confusion," *14th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: California State University Press, Stanislaus. [presentation]

Miller, Brandon, Jonas Dewitte, B. Andrew Cudmore, and Scott D. Swain (2008), "Student Athlete Attitude toward Performance Enhancing Drugs," *14th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: California State University Press, Stanislaus. [presentation]

Arnould Diehl, B. Andrew Cudmore, and Scott D. Swain (2008), "The Perceived Importance of an Internationally Diverse and Engaged Student Population," *14th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: California State University Press, Stanislaus. [presentation]

Swain, Scott D., Danny Weathers, and Jay P. Carlson (2008), "Whole Number Dominance in Price Evaluations," in special session summary titled "Retail Pricing Strategy: Current Perspectives and Research," (Kathleen Seiders, chair), *Proceedings of the American Marketing Association's Winter Educators' Conference*, eds. Tom J. Brown and Zeynep Gurhan Canli, Austin, TX: American Marketing Association. [extended abstract, presentation]

Swain, Scott D., Jonathan D. Hibbard, and Richard C. Hanna (2008), "Brand Name Similarity and Consumer Confusion," in *Proceedings of the Society for Consumer Psychology*, *Summer*, Boston, MA. [abstract, presentation]

Bhattacharya, C.B., Daniel Korschun, and Scott D. Swain (2008), "Using Corporate Social Responsibility to Create a Stakeholder Oriented Firm," *Stakeholder Marketing Consortium: Beyond the 4 Ps and the Customer*, Aspen Institute and the Marketing Science Institute, Boston, MA. [presentation]

Swain, Scott D. and Danny Weathers (2008), "Survey Data Equivalence: Assessment and Implications," *Eli Lilly Global Market Research Conference*, Indianapolis, IN. [presentation]

Isaacson, Bruce, Scott D. Swain, and Jonathan D. Hibbard (2008), "Integrating Research Techniques for Deeper Customer Insights: Blurring Boundaries between Research Methods," *American Marketing Association – Marketing Research Conference*, Boston, MA: American Marketing Association. [presentation]

Papavasileiou, Eleni Zoi, Scott D. Swain, C.B. Bhattacharya (2008), "Consumers' Reactions to Acquisitions of Socially Responsible Companies," in *Advances in Consumer Research*, Vol. 35, eds. Angela Y. Lee and Dilip Soman, Duluth, MN: Association for Consumer Research, 1015-1017. [paper, presentation]

Brunel, Frédéric F. and Scott D. Swain (2008) "A Moderated Perceptual Model of Product Aesthetic Evaluations," in special session titled "Consumer Response to Aesthetic Aspects of Product Design: 1-, 2-, and 3-Dimensional Perspectives" (Xiaoyan Deng and

Wes Hutchinson, co-chairs) in *Advances in Consumer Research*, Vol. 35, eds. Angela Y. Lee and Dilip Soman, Duluth, MN: Association for Consumer Research, 142-145. [extended abstract, presentation]

Brunel, Frédéric F. and Scott D. Swain (2008), "A Moderated Perceptual Model of Product Aesthetic Evaluations," in *European Advances in Consumer Research*, Vol. 8, eds. Stefania Borghini, Mary Ann McGrath, and Cele Otnes, Milan, Italy: Association for Consumer Research, 444-445. [extended abstract, presentation]

Swain, Scott D. and Weimin Dong (2007), "Maximizing Customer Equity when Acquisition and Retention Rate are Negatively Related," in *Marketing Advances in Pedagogy, Process, and Philosophy*, ed. Tom Baker, San Antonio, TX: Society for Marketing Advances, 77-78. [paper, presentation]

Niedrich, Ronald W. and Scott D. Swain (2007), "The Effects of Exposure-Order and Market Entry-Information on Brand Preference: A Dual Process Model," *Boston University, SMG Technical Series* #2007-16.

Swain, Scott D., Danny Weathers, and Jay P. Carlson (2007), "Partitioning Prices and Whole Number Dominance," *13th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: California State University Press, Stanislaus. [presentation]

Swain, Scott D. (2007), "Consumer Responses to Product Mass," *13th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: California State University Press, Stanislaus. [presentation]

Swain, Scott D., J. Daniel Wadden, and B. Andrew Cudmore (2007), "Compensation and Consumer Guilt," *13th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: California State University Press, Stanislaus. [presentation]

Swain, Scott D. and Weimin Dong (2007), "Incorporating Managerial Judgment in an Extended Model of Customer Equity," Boston University, SMG Technical Series #2007-13.

Swain, Scott D., Weimin Dong, and Paul D. Berger (2006), "The Role of Channel Quality in Optimal Allocation of Acquisition and Retention Spending," *Boston University, SMG Technical Series* #2006-11.

Brunel, Frédéric F. and Scott D. Swain (2006), "A Two-Route Model of Product Aesthetic Evaluation," *Boston University, SMG Technical Series* #2006-09.

Swain, Scott D., Danny Weathers, and Ronald W. Niedrich (2006), "Misresponse to Reversed Likert Items: Acquiescence, Inattention, or Item Difficulty?," *Boston University, SMG Technical Series* #2006-12.

Swain, Scott D., Richard C. Hanna, S. Adam Brasel (2006), "Lost in Translation: Consumers' Difficulty in Estimating Expiration Time with Redemption Caps," in *Advances in Consumer Research*, Vol. 34, eds. Gavan Fitzsimons and Vicki Morwitz, Orlando, FL: Association for Consumer Research, 470-472. [extended abstract, poster presentation]

Swain, Scott D., Richard C. Hanna, and Lisa J. Abendroth (2006), "How Time Restrictions Work: The Roles of Urgency, Anticipated Regret, and Deal Evaluations," in *Advances in Consumer Research*, Vol. 33, eds. Cornelia Pechmann and Linda Price, San Antonio, TX: Association for Consumer Research, 523-525. [extended abstract, presentation]

Brunel, Frédéric F. and Scott D. Swain (2005), "The Role of Product Form in Products' Evoked Sets, Recognition, and Evaluation," in *Proceedings of the American Marketing Association's Summer Educators' Conference*, eds. Beth A. Walker and Mark B.

Houston, San Francisco, CA: American Marketing Association. [extended abstract, presentation]

Abendroth, Lisa J., Richard C. Hanna, and Scott D. Swain (2005), "Does the Past Matter? Emotional and Behavioral Responses to Missing Part of a Promotion," in *Proceedings of the Society for Consumer Psychology*, eds. Anne M. Brumbaugh and Geraldine R. Henderson, St. Pete Beach, FL: Society for Consumer Psychology, 30-31. [extended abstract, presentation]

Hanna, Richard C., Scott D. Swain, and Lisa J. Abendroth (2004) "The Roles of Anticipated Regret and Urgency in Explaining How Discount Level and Time Restriction Affect Purchase Intentions," in *Proceedings of the American Marketing Association's Summer Educators' Conference*, ed. Kenneth L. Bernhardt, James S. Boles, and Pam Scholder Ellen, Boston, MA: American Marketing Association, 78-79. [extended abstract, presentation]

Swain, Scott D., Danny Weathers, and Ronald W. Niedrich (2003), "Effects of Negatively Worded Items on Scale Reliability and Factor Structure," in special session summary titled "Measure for (Valid) Measure: Critical Issues in Developing and Validating Multi-Item, Multi-Dimensional Consumer Psychology Measures" (Frédéric F. Brunel and Cristel A. Russell, co-chairs), in *Proceedings of the Society for Consumer Psychology*, ed. Steven S. Posavac, New Orleans, LA: Society for Consumer Psychology, 143-144. [extended abstract, presentation]

Becker-Olsen, Karen, B. Andrew Cudmore, and Scott D. Swain (2003), "When Nice Guys Finish First: The Role of Celebrity Endorser Character and Fit on Brand Evaluations," in special session summary titled "Fitting It All Together: A Look at The Fit Construct Across Brand Extension, Sponsorship and Endorsement," (Karen Becker-Olsen, chair) in *European Advances in Consumer Research*, Vol. 6, eds. Stephen Brown and Darach Turley, Dublin, Ireland: Association for Consumer Research, 347-349. [extended abstract, presentation]

Swain, Scott D. (2003), "Weighing Your Options: The Effect of Product Weight on Preference", in special session summary titled "Weight and Height and Shape and Size: When Do Peripheral Cues Drive Evaluation and Consumption?," (Brian Wansink and Koert van Ittersum, co-chairs), in *Advances in Consumer Research*, Vol. 30, eds. Punam Anand Keller and Dennis W. Rook, Atlanta, GA: Association for Consumer Research, 363-365. [extended abstract, presentation]

Swain, Scott D., B. Andrew Cudmore, and Karen Becker-Olsen (2003), "The Effect of Celebrities' Personal Lives on the Brands They Endorse," in *Advances in Consumer Research*, Vol. 30, eds. Punam Anand Keller and Dennis W. Rook, Atlanta, GA, Association for Consumer Research, 346-347. [extended abstract, presentation]

Cudmore, B. Andrew, Scott D. Swain, and Karen Becker-Olsen (2002), "The Effect of Endorser Behavior on Brand Attitudes: The Moderating Role of Knowledge," in *Marketing Advances in Pedagogy, Process, and Philosophy*, ed. Beverly T. Venable, St. Pete Beach, FL: Society for Marketing Advances, 83-84. [paper, presentation]

Swain, Scott D. and B. Andrew Cudmore (2001), "When Bad is Good: The Resilience of Consumer Brand Evaluations to Negative Information about Their Celebrity Endorsers," in *Proceedings of the Academy of Business Disciplines*, eds. Eldon Little and Dave Strupeck, Ft. Meyers, FL: Academy of Business Disciplines. [paper, presentation] [authors contributed equally]

Wood, Stacy L., Scott D. Swain, and J. Daniel Wadden (2001), "Consumer Perceptions of Product Parity in E-Commerce Markets," in *Advances in Consumer Research*, Vol. 28, ed. J. Meyers-Levy, Salt Lake City, UT: Association for Consumer Research, 394. [abstract, presentation]

Invited Presentations and Seminars

"Building Natural Language Classifiers for Sales Role Play Text Analysis," Watt Faculty Fellows in Artificial Intelligence, presentation, Clemson, SC, March 6, 2020.

"Use of Conversation Intelligence (CI) Software to Automate and Enrich Aspects of Student Assessment and Feedback," Watt Faculty Fellows in Artificial Intelligence, presentation, Clemson, SC, January 7, 2020.

"Progress Report: Effectively Communicating Animal Welfare to Consumers," South Carolina Department of Agriculture, Clemson, SC, January 6, 2020.

"Effectively Communicating Animal Welfare Policies and Practices to Consumers," South Carolina Department of Agriculture, Clemson, SC, July 1, 2019.

"Application of Archetypoid Analysis to Player Development and Assessment," *United States Soccer Federation, Chicago*, July 14-15, 2018.

"The Effect of Others' Psychological Ownership Signals on Consumers' Territorial Responses," *New York Institute of Technology*, Abu Dhabi, 2017 (with C. Kirk and J. Peck).

"Psychological Ownership and Territoriality in Consumer Behavior," *Pace University Doctoral Symposium*, New York, NY, 2017 (with C. Kirk and J. Peck).

"Consumers Perceptions of Infringement in Service Settings," *New York Institute of Technology*, 2017 (with C. Kirk and J. Peck).

"The Value in Lurking: What Entices Us to Pay More for Products Online?," *iROC Seminar*, Mount Saint Mary's College, Newburgh, NY, 2016 (with C. Kirk).

"The Challenges of Being Different at Making a Difference," *Internal Research Seminar Series*, Clemson University, Clemson, SC, 2015.

"Weighing Your Options: Consumer Responses to Product Mass," *Internal Research Seminar Series,* Clemson University, Clemson, SC, 2015.

"Psychological Ownership in New Media," *Added Value*, New York, NY, 2014 (with C. Kirk).

"Investing the Self: The Effect of Nonconscious Goals on Investor Psychological Ownership," *iROC Seminar*, Mount Saint Mary's, Newburgh, NY, 2014 (with C. Kirk and B. McSherry).

"Carryover Effects of Promotional Game Mechanics on Consumer Choice," *Babson University*, Wellesley, MA, 2013 (with R. Hanna).

"Corporate Social Responsibility and Frontline Employee Performance: A Dual Identification Approach" *Drexel University,* Philadelphia, PA, 2013 (with D. Korschun and C.B. Bhattacharya).

"Interactivity and Psychological Ownership in Consumer Value Co-Creation," *iROC Seminar*, Mount Saint Mary's, Newburgh, NY, 2012 (with C. Kirk).

"Corporate Social Responsibility and the Customer Orientation of Frontline Employees," Clemson University, Clemson, SC, 2012.

"Promoting Technology Adoption in Education Through Social Media," *Verizon Communications and Verizon Foundation Colloquium*, Washington, DC, 2011 (with R. Hanna).

"Corporate Social Responsibility Through Technology Adoption," *Verizon Communications Corporate Social Responsibility Group and Verizon Foundation*, Tele-presence Conference Call to Basking Ridge, NJ, 2011 (with R. Hanna).

"Corporate Social Responsibility and Technology Integration in Services," *Verizon Foundation Annual Meeting*, New York, NY, 2010 (with R. Hanna).

"The Effect of Monetary Format on the Assignment of Windfall Income to Mental Accounts," *Northeastern University*, Boston, MA, 2008 (with L. Smarandescu and T. Silk).

"Using Customer Lifetime Value Strategy to Enhance Gift-Giving Performance," *Office of Development and Alumni Relations*, Boston University, Boston, MA, 2008 (with W. Dong).

"Windfall Formats and Consumer Spending Behavior," Boston University, *School of Management Seminar Series*, Boston, MA, 2007 (with L. Smarandescu and T. Silk).

"The Effect of Monetary Format on the Mental Accounting and Consumption of Windfall Income," *University of Massachusetts*, Amherst, MA, 2007 (with L. Smarandescu and T. Silk).

"A Customer Lifetime Value Perspective on Gift-Giving," *Office of Development and Alumni Relations*, Boston, MA, 2007 (with W. Dong).

"A Two-Route Model of Product Aesthetic Evaluation," *Center for Customer Insight & Marketing Solutions*, University of Texas, Austin, TX, 2007 (with F. Brunel).

"Modeling Consumer Aesthetic Response to Product Design," *Ivey Research Series,* University of Western Ontario, London, ON, 2007 (with F. Brunel).

"A Two-Step Differential Model of Visual Product Aesthetics," Boston University, *School of Management Seminar Series*, Boston, MA, 2006 (with F. Brunel).

"Product Designs and the Centrality of Visual Product Aesthetics," *Research Colloquium*, Merage School of Business, University of California-Irvine, 2006 (with F. Brunel).

"Longevity Signals: Stirring the Antinomy of Progress versus Primitivism," Boston University, *School of Management Seminar Series*, Boston, MA, 2005.

"How do Consumers Evaluate Product Designs? A Two-Step Differential Model," *Lecture Series of the Faculty of Industrial Design Engineering*, Delft University, Netherlands, 2005 (with F. Brunel).

"The Decoupling of Rational and Sub-rational Preferences in Product Evaluations," presentation, *Boston University Faculty Research Symposium*, Boston, MA, 2005.

"The Role of Product Form in Evoked Sets, Recognition, and Evaluation,"*3rd Annual Babson College Research Colloquium*, sponsored by *Journal of Retailing*, 2005 (with F. Brunel).

"Consequences of Negation in Measurement," *Boston University School of Management Seminar Series*, Boston, MA, 2004 (with D. Weathers and R. Niedrich).

"The Effect of Choice Set Composition on Pre-Choice Satisfaction," Boston University, *School of Management Seminar Series*, Boston, MA, 2003.

"Worth the Weight: Consumer Responses to Product Mass," *Boston University*, *Villanova University*, *University of Cincinnati, University of Delaware* 2002.

## SERVICE TO THE DISCIPLINE

Associate Editor (current)
- *European Journal of Marketing*

Editorial Review Boards (current)
- *Journal of Business Research*

- *Journal of International Marketing*
- *Journal of Marketing Analytics*
- *International Journal of Business Research*
- *Journal of Management and Engineering Integration*
- *Journal of International & Interdisciplinary Business Research*
- *Academy of Marketing Studies Journal*

Ad hoc Reviewer: Journals
- *Journal of Consumer Research*
- *Journal of Retailing*
- *Strategic Management Journal*
- *Journal of Business Research*
- *Journal of International Marketing*
- *Marketing Letters*
- *Journal of Service Research*
- *Journal of Public Policy & Marketing*
- *Industrial Marketing Management*
- *Journal of Interactive Marketing*
- *Journal of Marketing Communications*
- *Eurasian Business Review*
- *Ethics & Behavior*
- *SAGE Open*
- *Journal of Marketing Management*
- *Journal of Marketing Analytics*
- *Journal of Marketing Theory and Practice*
- *Journal of the Academy of Marketing Science*
- *Psychology & Marketing*
- *Operations Research*
- *Academy of Marketing Studies Journal*
- *Journal of Health Organization and Management*
- *Journal of Management & Engineering Integration*
- *Asian Journal of Business Ethics*
- *Substance Use and Misuse*
- *Environment, Development, and Sustainability*
- *Total Quality Management & Business Excellence*
- *Social Behavior and Personality*
- *PLoS ONE*
- *Journal of Research in Interactive Marketing*
- *Business Horizons*
- *Psychological Reports*
- *Journal of Marketing Education*

Ad hoc Reviewer: Conferences
- *American Marketing Association* (Summer and Winter Conferences)
- *Association for Consumer Research* (North American and European Conferences)
- *Academy of Marketing Science* (Annual and World Congress Conferences)
- *Marketing Management Association*
- *MIT World Conference on Mass Customization & Personalization*
- *Society for Consumer Psychology*
- *Society for Marketing Advances*
- *Marketing and Public Policy*

Book Reviewer
- Bhattacharya (2020), *Small Actions, Big Difference*, New York: Routledge.
- Bhattacharya, Sen, and Korschun (2011), *Leveraging Corporate Responsibility*, Cambridge: CUP.
- McDaniel and Gates (2009), *Marketing Research*, 8th ed., Hoboken, NJ: Wiley
- McDaniel and Gates (2007), *Marketing Research*, 8th ed., Hoboken, NJ: Wiley

16

- Burns and Bush (2006), *Marketing Research*, 5th ed., Upper Saddle River, NJ: Prentice Hall
- Malholtra (2006), *Marketing Research*, 5th ed., Upper Saddle River, NJ: Pearson
- Parasuraman, Grewal, and Krishnan (2006), *Marketing Research*, 2nd ed., Boston, MA: H.M.
- McDaniel and Gates (2005), *Marketing Research*, 6th ed., Hoboken, NJ: Wiley
- Molinari (2005), *Marketing Research Project Manual*, Boston, MA: McGraw-Hill

External Reviewer for Promotion/Tenure
- Promotion, Full Professor at public Carnegie R1 Doctoral University, 2021
- Promotion, Full Professor at private Carnegie R1 Doctoral University, 2021
- Promotion, Full Professor at public Carnegie R2 Doctoral University, 2021
- Tenure and Promotion, Associate Professor at public Carnegie R1 Doctoral University, 2018
- Tenure and Promotion, Associate Professor at public Carnegie R2 Doctoral University, 2018
- Promotion, Full Professor at private Carnegie R2 Doctoral University, 2015
- Tenure and Promotion, Associate professor at private Carnegie R2 Doctoral University, 2009

Conference Chair, Session Chair, Invited Panels
- Track Chair, "Marketing," *27th International Conference on Industry, Engineering, and Management Systems*, Clearwater Beach, FL, March 15-17, 2021.
- Track Chair, "Marketing," *26th International Conference on Industry, Engineering, and Management Systems*, Clearwater Beach, FL, March 15-18, 2020.
- Track Chair, "Marketing," *25th International Conference on Industry, Engineering, and Management Systems*, Clearwater Beach, FL, March 17-19, 2019.
- Session Chair, "Invoking Ownership," Workshop on The Future of Ownership Research, *WU Vienna University of Economics and Business*, Vienna, Austria, 2017
- Session Chair and Discussant, "Consumer Responses to Autonomous Vehicles," *BMW PhD Scholars* event, 2017
- Judge, Society for Marketing Advances, Doctoral Dissertation Competition, 2017
- Discussant, "The Known and Unknown," Workshop on The Future of Ownership Research, *WU Vienna University of Economics and Business*, Vienna, Austria, 2017
- Discussant, "Closing Forum," Workshop on The Future of Ownership Research, *WU Vienna University of Economics and Business*, Vienna, Austria, 2017
- Panelist, "Teaching and Learning Creatively: Pedagogical Innovations to Stimulate Intellectual Curiosity," *American Marketing Association*, 2015
- Panelist, "The Challenges and Rewards of Growing Theory as Junior Faculty," *Academy of Marketing Science*, 2011
- Session Chair, "Corporate Social Responsibility and Consumer Reactions," *American Marketing Association Winter Educator's Conference*, 2011
- Chair, *Boston Area Corporate Social Responsibility Colloquium*, Northeastern, 2011
- Panelist, *Corporate Social Responsibility Colloquium*, Simmons College, 2010
- Panelist, "Doctoral Student Development," *Society for Consumer Psychology*, 2008
- Discussant, "Pricing and Price Discounts" *American Marketing Association – Summer*, 2004
- Panelist, "Doctoral Student Roundtable: Trends in Service Research," *American Marketing Association – Summer*, 2004
- Speaker, "Ethics in Marketing Research," *Boston University Research Colloquium*, 2002

Administrative Positions
- Academic Board of Advisors, *Marketing Research Association* (MRA), now *Insights Association*
- Fellow, *Direct Selling Education Foundation (DSEF)*, since 2018
- Panelist, Drexel University, *Real Time Expert Poll on Corporate Political Activism*, 2017-2020
- Faculty Board of Advisors, *AMA Doctoral Special Interest Group* (DocSIG) 2002-2009
- Owner/moderator, *MRKT-PHD listserv*, 1500+ subscribed, 60+ countries, 1999-2008
- Secretary, *AMA Doctoral Special Interest Group* (DocSIG) 2000-2002

## UNIVERSITY, COLLEGE, AND DEPARTMENT SERVICE

Clemson University (2013-present)
- McNair Scholars Mentor, U.S. Department of Education TRIO Program, 2021 – present
- Clemson Corps, Board of Directors 2018 – present
- AI Research Institute for Science and Engineering (AIRISE), affiliated faculty 2020 – present
- College of Engineering, Computing and Applied Sciences, Spark Challenge, faculty mentor 2021
- Faculty Senator
  - Lead Senator, College of Business, 2019-2020
  - Faculty Senate Advisory Committee (steering for Senate), member 2019-2020
  - Sub-committee on Research, member 2018-2020
  - Sub-committee on Finance and Infrastructure, member 2017-2018
- Search Committee for Associate Dean of Research, member 2020
- Search Committee for Garrison Endowed Professorship in Sales Innovation, chair 2020
- NSF Engineering Research Center (ERC) Planning Workshop for CAN-RESIST (Computer and Network Resiliency and Security for Transportation), panel member 2020
- Fulbright U.S. Student Program, campus committee judge 2020
- M.S. program steering committee, member, 2020
- Digital Measures Task Force, Department of Marketing, lead faculty, 2020
- Faculty Advisory Committee, Department of Marketing 2021 – present
- Research Committee, Department of Marketing, member 2020
- Department Chair Evaluation Committee, member 2019
- Research and Case Competitions, judge:
  - Graduate Research and Discovery Symposium (GRADS) competition, 2015-2018
  - Three Minute Thesis (3MT) competition, 2014-2018
  - Innovation Week, Clemson Student Research Forum, 2018-2019
  - Focus on Creative Inquiry (FoCI) Poster Forum, 2015-2019
  - Rutland Institute for Ethics, Case Competition, 2019-2020
- Military Appreciation Day, Planning Committees
  - Men's Soccer, chair 2018-2021
  - Men's Basketball, member 2018-2019
  - Football, member 2019

18

- Tenure, Promotion, and Reappointment (TPR) Committee, member 2019 - present
- Financial Aid Advisory Committee, member 2018-2021
- Faculty Recruiting Committee, Department of Marketing, member 2017, co-chair 2018-2019
- Cross-Disciplinary INNO Curriculum Committee, member 2018-2020
- Brooks Sport Science Institute (BSSI) Scholarship Committee, chair 2017-2019
- Council on Graduate Studies, member 2019-2020
- Council on Undergraduate Studies, member 2016-2019
  - Academic Grievance Committee, member 2016-2019
- Summer School Committee, member 2018-2020
- Parking Advisory Committee, elected by Faculty Senate 2018-2020
- BMW German PhD Scholars event, Faculty host and presenter 2017
- College of Business Honors and Awards Scholarship ceremony, presenter 2017-2018
- Honors and Awards Committee, co-chair 2013-2019
- Diversity Benefits for Higher Education online course, pilot participant 2017
- Honors College Graduation Ceremony, College of Business representative 2016-2017
- Department of Marketing Honors Program, interim director 2015-2016
- International Center for Academic Integrity, analytics advisor 2015-2016
- PhD program exploratory development ad hoc committee, member 2015
- Tiger Paw Classic to benefit Tanner's Totes, sponsor iSELL student group, 2014-2015
- College of Business new building committee, member 2015-2016
- Industry night, faculty host 2014-2016
- Library Committee, member 2013-2014
- Assessment Task Force for curriculum (Marketing Research), member 2013
- AACSB AQ Criteria Task Force, Department of Marketing, member 2013

Northeastern University (2009-2013)
- Member, Global Corporate Citizenship Collaborative, 2012-2013
- Member, Business Sustainability Institute, 2012-2013
- Panelist, MBA Marketing Career Track Advisory Board, 2011
- Presenter, Northeastern University Research & Scholarship Expo, 2011
- Judge, D'Amore-McKim College of Business case competition 2010-2013
- Faculty host, Freshman Business Living and Learning Community, 2011
- Faculty host, Marketing Research Corporate Roundtable, 2010-2013
- Participant, Department of Education review of Center for Emerging Markets BIE grant, 2010
- Faculty host and presenter, Marketing Group Welcome Day for students and parents, 2010-2011
- Committee member, Journal Task Force, 2010-2011
- Faculty advisor, Northeastern University American Marketing Association (NUMA), 2009-2013
- Faculty search committee, 2009, 2012
- Auditor, D'Amore-McKim School of Business webpage, 2009-2013
- Early Action Admitted Student Phone-a-thon 2009-2013
- Faculty marshal, graduation ceremonies, 2009

Boston University (2002-2008)
- Academic Conduct Committee 2007-2008
- Chair, marketing department distinguished speaker series, 2004-2007
- Faculty search committee, 2002-2008
- Research Computing and Databases Support Committee, 2006-2008
- Doctoral comprehensives, examiner 2002-2008
- Doctoral program curriculum committee 2002-2008
- Advisor, MBA marketing concentration 2004-2008
- Faculty host, School of Management Spring Open House, 2003-2007
- Faculty liaison, undergraduate marketing program, 2003-2007
- Speaker, undergraduate concentration orientation, 2006-2007
- Speaker, MBA concentration orientation, 2004-2005
- Pilot, Sakai (SMGTools) course software development, 2006-2007
- Coordinator, School of Management Subject Pool 2004-2007

## ACADEMIC HONORS AND AWARDS

- Powers Distinguished Fellow, Clemson University, since 2021
- Outstanding Reviewer Award, American Marketing Association, *Journal of International Marketing*, 2021
- Watt Faculty Fellow, Artificial Intelligence, 2019-2020
- Senior Scholar Research Excellence Award, nominee, College of Business, 2019
- AMA-EBSCO Annual Award for Responsible Research in Marketing, nominee 2019
- Outstanding Reviewer Award, *Journal of Business Research*, 2018
- Top Researcher Recognition, Board of Trustees, Clemson University, 2017-2018
- Best Paper Award (CB Track), American Marketing Association Winter Conference, 2016
- Faculty initiate, Delta Sigma Pi (professional business fraternity), 2016
- Bright Idea Award (best journal article in business), awarded by Seton Hall and the N.J. Policy Research Organization Foundation, 2015
- Best Overall Paper Award, International Marketing Conference (MARCON), IIM-Calcutta, 2013
- Best Teacher Award, finalist College of Business, Northeastern University, 2013
- Research Grant Award (competitive), College of Business, Northeastern University, 2013
- Favorite Professor designation, Northeastern University seniors, 2012
- New Student Organization Advisor of the Year, finalist, Northeastern University, 2011
- Excellence in Teaching Award, finalist Northeastern University, 2011
- Marquis Who's Who in America, 2008
- Academic Keys Who's Who in Business Education, 2016
- Alumni Legacy Gift Teaching Recognition, Boston University, 2005, 2007
- Academy of Marketing Science Fellow, 2003
- Teaching Excellence Recognition, Honors College, University of South Carolina, 2002
- Beta Gamma Sigma (Business honor society), 2001
- Chi Delta Chi (US Veterans honor society), 2001
- AMA Fellow, Sheth-Foundation Doctoral Consortium, 1999
- Top MBA Award, University of South Carolina, 1996

- Francis M. Hipp Merit Fellowship (MBA), University of South Carolina, 1994-1996
- Outstanding Senior (Electrical Engineering), Clemson University, 1991
- Eta Kappa Nu (Electrical Engineering honor society), 1990
- Phi Kappa Phi (Interdisciplinary honor society), 1989
- Student Marshall (top 5% of juniors), Francis Marion, 1988
- Patriot Scholar (varsity soccer scholarship), 1986-1989
- William Douglas Dargan Merit Scholarship, Francis Marion, 1986-1989

GRANTS

External Competitive Grants
- S.C. Sea Grant Consortium, Rapid Response to Seafood Supply Chain Vulnerabilities by Assessing Direct Marketing Options in South Carolina, 2021
- S.C. Department of Agriculture, Agribusiness Center for Research and Entrepreneurship (ACRE) Commissioner's Grant, 2019, 2020, 2021
- Verizon Foundation, teacher technology adoption, 2010, 2011
  - Content partner team: *American Association for the Advancement of Science, Smithsonian National Museum of American History, John F. Kennedy Center for the Performing Arts, National Endowment for the Humanities, Council for Economic Education, National Council of Teachers of Mathematics, National Council of Teachers of English, National Center for Family Literacy & ProLiteracy, National Geographic Society*
- Human Resources Policy Institute, Drexel University, corporate responsibility, 2010, 2011
- U.S. Dept. of Education, Bureau of International Education, emerging markets, 2009, 2010
- Glavin Global Program, Babson University, marketing ethics, 2009, 2010 [$2,500]

Internal Competitive Grants
- Creative Inquiry (#1469), *Rivalry Lab*, Clemson University, 2018-2020 [$3,000]
- Critical Thinking (CT2) Faculty Institute, Clemson University, 2018 [$1,500]
- Center of Excellence, digital creativity in teaching, Clemson University 2018 [$1,500]
- Creative Inquiry (#841), *Impact of College Athletics on University Performance*, Clemson University, 2014-2016 [$3,000]
- Clemson University, Watt Center Faculty Fellow in Artificial Intelligence, 2019-2020 [$5,000]
- Clemson University, Fee Committee grant, Marketing Research industry trip, 2020 [$200]
- Northeastern University, Dean's Grant Award, 2012-2013 [$15,000]
- Boston University, Dean's Faculty Research Grants, 2003- 2007 [$64,615]

Internal Developmental Grants
- Clemson University, summer research grants, 2013-2016 [$94,579]
- Northeastern University, summer research grants, 2009-2011 [$65,450]
- Boston University, summer research grants, 2002-2005 [$85,561]

PROFESSIONAL DEVELOPMENT AND CERTIFICATIONS

- Institute for Perception, *Advertising Claims Support: Case Histories and Principles*, 2021
- Center for Connected Multimodal Mobility (C²M²), *HBCU Partnership Conference*, 2021
- National Advertising Division: *Advertising Law for Digital Campaigns*, 2021
- INFORMS Business Analytics Conference, 2020
- *Sawtooth Software European Conference*, Stockholm, Sweden, 2020
- *Cognitive Economics Conference,* Cognitive Economics Society, 2020
- *Data & Analytics Working Group* (DAWG), Clemson University, 2019-2021
- CMU AI Retail+Service Design Initiative (CAIRS), Retail Post COVID-19, Virtual Roundtable, 2020
- *Sawtooth Software Choice Modeling Workshop*, Orlando, FL, 2020
- *Artificial Intelligence Research Workshop*, Watt Center, Clemson University, 2019
- *2nd Annual Teaching Excellence Conference*, OTEI, Clemson University, 2019
- *Global Learning Institute,* International Virtual Exchange, Clemson University, 2019
- *6th Global Service-Learning Summit*, Inclusion and Transformation, Clemson University, 2019
- *Global Learning Institute*, Annual Conference, Clemson University, 2019
- *Teaching Symposium: Community, Technology, and Research*, Clemson University, 2019
- *Workshop on Data Science, Analytics, and Decision Making*, Clemson University, 2019
- *Study Abroad: Title IX and Health, Safety & Risk Management Training*, Clemson University, 2019
- *Sawtooth Software Choice Modeling Workshop*, Orlando, FL, 2018
- *Clemson Engineers for Developing Countries*, Student Global Outreach Symposium, 2018
- *Critical Thinking (CT2) Summer Intensive Workshop*, Clemson University, 2018
- *Global Learning Institute*, Symposium for Innovative Strategies, Clemson University, 2018
- *Sparking Creativity* (Adobe), Faculty Program Center of Excellence, Clemson University, 2018
- *Data Security & Privacy* Lawroom, Certification, 2017
- *Diversity Benefits for Higher Education*, Pilot, Clemson University, 2017
- *National Center for Faculty Development and Diversity*, mentor, 2015, 2016
- *Eliminate Campus Sexual Violence*, Lawroom, Certification, 2015
- *Innovative Educators* (Go2Knowledge), Certifications: Interactive Practices; Learning Communities; Diversity; Group Work, Motivation and Retention; Test Construction; Assessment; Metacognition; Latino Student Success, 2014
- *Collaborative Institutional Training Initiative* (CITI), Certifications:
  - Social and Behavioral Science Research, Clemson University, 2013-present
  - Responsible Conduct of Research, Drexel University 2012-2014; Northeastern University 2012-2014; Clemson University, 2017-present.
- *DATIC Hierarchical Linear Modeling* Workshop, University of Connecticut, 2010
- *National Institute of Health*, OER, Northeastern University, Certification, 2009
- *Sustainability Workshop*, Center for Design & Business, Rhode Island School of Design, 2005
- *Harvard Case Teaching*, Harvard University, Course and Certification, 2003
- *Instructional Development Project*, University of South Carolina, Certification, 1998

**TEACHING**

<u>Courses Taught</u>

*Dartmouth College*, Tuck School of Business (2021)
- MBA: Marketing Research

*Clemson University*, Powers College of Business (2013-2021)
- MBA: Entrepreneurial Marketing
- MS: Marketing Research
- UG: Marketing Research
- UG: Promotional Strategy
- UG: Advertising Strategy
- Creative Inquiry: Rivalry Lab
- Creative Inquiry: Open Innovation
- Creative Inquiry: Athletics and Academics

*Northeastern University*, D'Amore-McKim School of Business (2009-2013)
- MBA: Brand and Advertising Management
- MBA: Marketing Research
- UG: Marketing Principles
- UG: Advertising and Brand Promotion
- UG: Marketing Research

*Boston University*, Questrom School of Management (2002-2008)
- Doctoral: Marketing Management
- Doctoral: Mathematical Modeling
- MBA: Brand and Advertising Management
- MBA: Marketing Research
- UG: Advertising and Brand Promotion
- UG: Marketing Research

*University of South Carolina*, Moore School of Business (1998-2002)
- UG: Integrated Marketing Communications
- UG: Product Management
- UG: Marketing Research
- UG: Marketing Strategy and Planning

<u>Awards and Recognition</u>
- Best Teacher Award, finalist D'Amore-McKim College of Business, Northeastern, 2013
- Favorite Professor, Northeastern University seniors, 2012
- Excellence in Teaching Award, finalist, Northeastern University, 2011
- Alumni Legacy Gift Teaching Recognition, Boston University, 2005, 2007
- Teaching Excellence Award, Honors College, University of South Carolina, 2002

<u>Recent Student Outcomes</u>
- Advised 15 student teams who won or placed in nationwide innovation crowdsourcing competitions. 2017-2019.
- Advised the 2017 winner of the *Harvey Levenson* research competition (Technical Association of the Graphic Arts)
- Advised student organization that won 17 awards in four years (2009-2013) at the annual AMA National Collegiate Conference: *Outstanding Collegiate Chapter Performance* (1), *Outstanding Communications* (3), *Recognition for Marketing Week Activities* (3), *Outstanding Professional Development* (3), *Outstanding Chapter Planning* (1), *Best Use of Conference Theme Exhibit* (2), *Recognition for Communication of Chapter Activity* (1), *Best Display of Chapter Activities* (2), *Outstanding Community Service* (1)

<u>Dissertations, Theses, Honors Contracts, and Directed Studies</u>
- Supervisor, B.S. honors contract, 2014 (2), 2015 (2), 2017 (2), 2018 (2), 2020 (2), 2021 (2),
- Supervisor, B.S. directed study, 2011 (2), 2014, 2015, 2017, 2018, 2019, 2020,
- Chair, B.S. honors thesis, 2002, 2007, 2016
- Chair, M.S. thesis, 2005, 2011, 2013, 2015 (2), 2019 (2)
- Chair, Ph.D. dissertation, 2009
- Committee, Ph.D. dissertation, 2008 (2)

<u>Published Instructional Materials</u>
- Instructor's Manual, McDaniel and Gates, *Marketing Research*, 8th ed., Wiley: Hoboken
- Excel Manual, McDaniel and Gates, *Marketing Research*, 8th ed., Wiley: Hoboken
- Internet Exercises, Shimp, *Advertising, Promotion, and Supplemental Aspects of Integrated Marketing Communications*, 6th ed., The Dryden Press: Fort Worth
- Boston University Guidebooks: *Review of Descriptive Statistics & Probability*, *Review of Inferential Statistics & Hypothesis Testing*, *Using SPSS for Marketing Research*

**OTHER WORK EXPERIENCE**

- *Strategic Research Consultant*, custom research and consulting for firms and non-profits.
- *Expert Witness*, research and testimony in FTC, FDA, TTAB, and NAD matters.
- *Officer*, United States Navy (Submarines), 1992-2000.
- *Manager*, Downwind Trading, Ice Cream Parlor, Myrtle Beach, SC, 1990.
- *Barback*, Ocean Dunes / Sand Dunes Resort, Myrtle Beach, SC, 1989.
- *Server,* TCBY, Myrtle Beach, SC, 1988.
- *Ocean Lifeguard*, City of Myrtle Beach, Myrtle Beach, SC, 1986, 1987.