# EXHIBIT B

# EXHIBIT B

Expert Testimony in Prior Four Years

- *Sundance Botanicals, LLC v. The Power of Elderberries, LLC*

- *Chicago Mercantile Exchange Inc. v. Ice Clear Us, Inc.; Ice Clear Europe Limited; and Intercontinental Exchange, Inc.*

- *Jalinski Advisory Group, Inc. v. The Hamo Group of Wells Fargo Advisors*

- *Shaka Life, Inc, v. Salt Life, LLC / Salt Life, LLC v. Edward Perez*

- *Green Crush, LLC, v. Paradise Splash 1, Inc.*

- *The Tool Shed, Inc., v. Mattoon Rural King Supply, Inc. D/B/A Rural King Supply*

- *Fast Growing Trees, LLC vs. TyTy Plant Nursery, LLC*

- *Martinelli et al. v. Johnson & Johnson and McNeil Nutritionals, LLC*